**UNITED STATES BANKRUPTCY COURT**
Eastern District of Virginia
200 South Washington Street
Alexandria, VA 22314

**NOTICE OF ELECTRONIC FILING PROCEDURE**

**Case Name:**  David Laurence Long

**Case Number:**  25−11590−KHK          **Date Filed:**  August 5, 2025

The above case, which has been filed in this court, can be accessed electronically via the Court's Internet site at http://www.vaeb.uscourts.gov. In compliance with Federal Rule of Bankruptcy Procedure 9011 and in accordance with the Local Bankruptcy Rule 5005−2 and the Court's Case Management/Electronic Case Files (CM/ECF) Policy Statement, the registered participant's password shall constitute the signature of that person; therefore, security of a registered participant's password is the responsibility of that person. **An original signed copy of the filing shall be retained in the registered participant's files in accordance with the CM/ECF Policy Statement**.

Parties with legal representation **must** file documents in accordance with the following:

1. The requirements for filing, viewing and retrieving case documents are: A personal computer with internet access and the ability to convert documents to portable document format (PDF). The URL address is *www.vaeb.uscourts.gov* and a username and password are needed to access the Case Management/Electronic Case Files (CM/ECF) system. Please contact the Court for further assistance. If you are **unable** to comply with these requirements, **then**

2. You must file a "Request for Waiver to File Conventionally" as provided for in the CM/ECF Policy Statement to indicate your inability to file through use of the Internet component of the CM/ECF system. If the Court authorizes you to file conventionally, **then**

3. You then may file conventionally on unstapled, unbound, 8 ½" x 11" single−sided paper. Documents must be submitted with full original signature(s), and will be scanned by the Clerk's Office. The scanned file will constitute the original signature(s). **Include your "Request for Waiver to File Conventionally" with your filing.**

**Important Note: All parties without legal representation, except governmental units and institutional entities described in Electronic Case Files Policy 2(A)(2)(b), may file documents conventionally in accordance with the Local Bankruptcy Rules.**

Dated:  August 6, 2025                                Charri S Stewart
[VAN062vJul2025.jsp]                                  Clerk of the Bankruptcy Court

United States Bankruptcy Court

Eastern District of Virginia

In re: Case No. 25-11590-KHK

David Laurence Long   Chapter 13

Debtor

# CERTIFICATE OF NOTICE

District/off: 0422-9   User: halllinda   Page 1 of 2
Date Rcvd: Aug 06, 2025   Form ID: VAN062   Total Noticed: 23

The following symbols are used throughout this certificate:
**Symbol   Definition**

\+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 08, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | David Laurence Long, 42666 Frontier Dr, Ashburn, VA 20148-7207 |
| 16791624 | + | Brambleton Community Assn, c/o Chadwick Washington, 3201 Jermantown Rd #600, Fairfax, VA 22030-2879 |
| 16791625 | + | Brigitte Long, 10914 Ted Barclay Ln, Bristow, VA 20136-1396 |
| 16791630 | + | Loudoun County Treasurer, PO Box 1000, Leesburg, VA 20177-1000 |
| 16791634 | + | NOVEC, PO Box 34734, Alexandria, VA 22334-0734 |
| 16791643 | + | Whitbeck Bennett, 120 Edwards Ferry Rd NE, Leesburg, VA 20176-2340 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 16791622 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Aug 07 2025 01:33:34 | Ally Bank, P.O. Box 9222, Old Bethpage, NY 11804-9222 |
| 16791623 | + | Email/PDF: resurgentbknotifications@resurgent.com | Aug 07 2025 01:22:08 | Ashley Funding, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 16791626 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 07 2025 01:22:14 | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 16791627 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Aug 07 2025 01:18:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 16791628 | | Email/Text: JCAP_BNC_Notices@jcap.com | Aug 07 2025 01:20:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud, MN 56302 |
| 16791629 | | Email/Text: logsecf@logs.com | Aug 07 2025 01:19:00 | LOGS Legal Group LLP, 10130 Perimeter Parkway Ste 400, Charlotte, NC 28216 |
| 16791631 | + | Email/Text: dguntle@loudounwater.org | Aug 07 2025 01:20:00 | Loudoun Water, PO Box 4000, 44865 Loudoun Water Way, Ashburn, VA 20147-6109 |
| 16791632 | + | Email/Text: rcpsbankruptcynotices@parallon.com | Aug 07 2025 01:20:00 | Medicredit, PO Box 505600, Saint Louis, MO 63150-5600 |
| 16791633 | + | Email/Text: bankruptcydpt@mcmcg.com | Aug 07 2025 01:19:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 16791635 | + | Email/Text: bkrgeneric@penfed.org | Aug 07 2025 01:17:00 | PenFed Credit Union, Box 1432, Alexandria, VA 22313-1432 |
| 16791636 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Aug 07 2025 01:22:35 | Premier Bankcard, LLC, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 16791637 | + | Email/Text: mtgbk@shellpointmtg.com | Aug 07 2025 01:17:00 | Shellpoint Mortgage, PO Box 10826, Greenville, SC 29603-0826 |
| 16791638 | + | Email/PDF: HCABKNotifications@resurgent.com | Aug 07 2025 01:22:52 | StoneSprings Hospital Center, 24440 Stone Springs Blvd, Sterling, VA 20166-2247 |
| 16791639 | + | Email/Text: bankruptcy@dss.virginia.gov | Aug 07 2025 01:19:00 | VA Department of Social Serv, Division of Child Suppt Enf., PO Box 71900, Henrico, VA 23255-1900 |

| | | | |
|---|---|---|---|
| District/off: 0422-9 | User: halllinda | | Page 2 of 2 |
| Date Rcvd: Aug 06, 2025 | Form ID: VAN062 | | Total Noticed: 23 |

| | | | |
|---|---|---|---|
| 16791640 | + Email/Text: va_tax_bk@harriscollect.com | Aug 07 2025 01:20:00 | Va Dept of Taxation, PO Box 1115, Richmond, VA 23218-1115 |
| 16791641 | + Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Aug 07 2025 01:16:00 | Verizon Wireless, 500 Technology Drive Suite 550, Saint Charles, MO 63304-2225 |
| 16791642 | + Email/Text: Bankruptcy@washgas.com | Aug 07 2025 01:19:00 | Washington Gas, 6801 Industrial Rd, Springfield, VA 22151-4205 |

TOTAL: 17

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 08, 2025        Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 6, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Daniel M. Press | on behalf of Debtor David Laurence Long dpress@chung-press.com  pressdm@gmail.com;danpress@recap.email |
| Matthew W. Cheney | ustpregion04.ax.ecf@usdoj.gov |
| Thomas P. Gorman | ch13alex@gmail.com  tgorman26@gmail.com |

TOTAL: 3