# United States Bankruptcy Court
### Eastern District of Virginia
Alexandria Division
200 South Washington Street
Alexandria, VA 22314

Case Number   25−11590−KHK
Chapter   13

**In re:** Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

David Laurence Long
42666 Frontier Dr
Ashburn, VA 20148

Last four digits of Social−Security or Individual Taxpayer−Identification (ITIN) No(s).,(if any):
  Debtor: xxx−xx−9028

Employer Tax−Identification (EIN) No(s).(if any):
  Debtor: NA

## NOTICE OF POSSIBLE DISMISSAL
## PURSUANT TO
## LBR 1007−1 LISTS, SCHEDULES, STATEMENTS
## AND
## LBR 3015−2 CHAPTER 13 PLAN REQUIREMENTS;
## AND HEARING THEREON

**TO:**   **DEBTOR OR DEBTOR'S COUNSEL**

You filed a petition with the Office of the Clerk of the United States Bankruptcy Court, Eastern District of Virginia, on August 5, 2025. Pursuant to Local Bankruptcy Rule 1007−1 and 3015−2, please be advised that the following document(s) are missing and must be filed within fourteen (14) days of the petition date.

**Missing Documents Due:**   **August 19, 2025**

*Failure to timely file the missing document(s) or to timely seek an extension of time, may result in the dismissal of your bankruptcy case.*

**\*\*Missing Document(s):**

 All Schedules and Statement of Financial Affairs
Summary of Your Assets and Liabilities and Certain Statistical Information
Statement of Your Current Monthly Income and Calculation of Commitment Period
Chapter 13 Plan
Declaration About an Individual Debtors Schedules

   If you fail to timely cure the deficiency or to timely seek an extension of time, you must appear at a hearing to explain why the bankruptcy case should not be dismissed for failure to timely cure the deficiency and any other deficiency(ies) or certifications that accrue before the hearing. The hearing will be held:

*Location: Judge Kindred's Courtroom, U.S. Bankruptcy Court, 3rd Floor, 200 South Washington St., Courtroom III, Alexandria, VA 22314*
*Date: September 18, 2025*
*Time: 01:30 PM*

*If the debtor(s) fails to appear at the hearing, the above−captioned case may be dismissed.*

*NOTICE: The hearing will be held only if the debtor(s) fails to timely cure each of the deficient items listed above or to timely seek an extension of time. The debtor is advised that a separate hearing will be held for each Notice of Possible Dismissal issued in a case.*

Date:   August 6, 2025

**Charri S Stewart**
**Clerk, United States Bankruptcy Court**

/s/   Linda M. Hall
Deputy Clerk
Direct Dial Telephone No. 757−222−7516

[10071_30152vJun2023.jsp]

United States Bankruptcy Court

Eastern District of Virginia

| | |
|---|---|
| In re: | Case No. 25-11590-KHK |
| David Laurence Long | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0422-9 | User: halllinda | Page 1 of 1 |
| Date Rcvd: Aug 06, 2025 | Form ID: both215 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 08, 2025:**

**Recip ID           Recipient Name and Address**
db              + David Laurence Long, 42666 Frontier Dr, Ashburn, VA 20148-7207

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 08, 2025           Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 6, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Daniel M. Press | on behalf of Debtor David Laurence Long dpress@chung-press.com  pressdm@gmail.com;danpress@recap.email |
| Matthew W. Cheney | ustpregion04.ax.ecf@usdoj.gov |
| Thomas P. Gorman | ch13alex@gmail.com  tgorman26@gmail.com |

TOTAL: 3