UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| In re ) | |
| ) | |
| David Laurence Long ) | |
| ) | No. 25−11590−KHK |
| Debtor. ) | Chapter 13 |
| ) | |

**MOTION TO EXTEND TIME**
**FOR FILING LISTS, SCHEDULES, STATEMENTS AND PLAN**

COME NOW the Debtor, David Laurence Long, by counsel, and, pursuant to Local Rules 1007-1(B) and 3015-2(C)(3), moves this honorable Court to extend the time for filing his lists, schedules, statements and plan and in support thereof states the following:

1.	The Debtor's lists, statements, schedules and plan are due on August 19, 2025.

2.	The Meeting of Creditors is scheduled for September 9, 2025.

3.	The Debtor requires additional time within which to sufficiently prepare his lists, statements, schedules and plan.

WHEREFORE the Debtor respectfully requests this honorable Court to grant this Motion and extend the time for filing his lists, schedules, and statements from August 19, 2025, until September 2, 2025, the seventh day before the Meeting of Creditors, and the time for filing the plan by 14 days, to September 2, 2025.

Dated:	August 18, 2025.

Respectfully submitted,

　/s/ Daniel M. Press　
Daniel M. Press, VSB# 37123
CHUNG & PRESS, P.C.
6718 Whittier Avenue, Suite 200
McLean, Virginia 22101
(703) 734-3800
dpress@chung-press.com
Counsel for Debtor

## CERTIFICATE OF SERVICE

      This is to certify that on this 18th day of August, 2025, I caused the foregoing Motion to be served by CM/ECF, where available, or first-class mail, postage pre-paid, upon all creditors listed on the attached List of Creditors, the Chapter 13 Trustee, and the Office of the U.S. Trustee.

                                            /s/ Daniel M. Press
                                            Daniel M. Press

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0422-1<br>Case 25-11590-KHK<br>Eastern District of Virginia<br>Alexandria<br>Mon Aug 18 14:08:09 EDT 2025 | Brambleton Community Association<br>c/o Chadwick, Washington, et al.<br>3201 Jermantown Road<br>Suite 600<br>Fairfax, VA 22030-2879 | County of Loudoun, VA<br>c/o Tina Estevao<br>PO Box 7000<br>Leesburg, va 20177-7000 |
| NewRez LLC d/b/a Shellpoint Mortgage Servici<br>PO Box 10826<br>Greenville, SC 29603-0826 | (p)MCCALLA RAYMER LEIBERT PIERCE  LLC<br>ATTN ATTN WENDY REISS<br>1544 OLD ALABAMA ROAD<br>ROSWELL GA 30076-2102 | United States Bankruptcy Court<br>200 South Washington Street<br>Alexandria, VA 22314-5405 |
| Ally Bank<br>P.O. Box 9222<br>Old Bethpage, NY 11804-9222 | Ally Bank<br>Resurgent Capital Services<br>PO Box 10368<br>Greenville, SC 29603-0368 | Ashley Funding<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 |
| Ashley Funding Services, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Brambleton Community Assn<br>c/o Chadwick Washington<br>3201 Jermantown Rd #600<br>Fairfax, VA 22030-2879 | Brigitte Long<br>10914 Ted Barclay Ln<br>Bristow, VA 20136-1396 |
| Capital One<br>PO Box 31293<br>Salt Lake City, UT 84131-0293 | Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | (p)JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 7999<br>SAINT CLOUD MN 56302-7999 |
| (p)LOGS LEGAL GROUP LLP<br>10130 PERIMETER PARKWAY SUITE 400<br>CHARLOTTE NC 28216-0034 | Loudoun County Treasurer<br>PO Box 1000<br>Leesburg, VA 20177-1000 | Loudoun Water<br>PO Box 4000<br>44865 Loudoun Water Way<br>Ashburn, VA 20147-6109 |
| Medicredit<br>PO Box 505600<br>Saint Louis, MO 63150-5600 | Midland Credit Management, Inc.<br>PO Box 2037<br>Warren, MI 48090-2037 | NOVEC<br>PO Box 34734<br>Alexandria, VA 22334-0734 |
| NewRez LLC d/b/a Shellpoint Mortgage Servici<br>PO Box 10826,<br>Greenville, South Carolina 29603-0826 | PenFed Credit Union<br>Box 1432<br>Alexandria, VA 22313-1432 | Premier Bankcard, LLC<br>3820 N Louise Ave<br>Sioux Falls, SD 57107-0145 |
| Shellpoint Mortgage<br>PO Box 10826<br>Greenville, SC 29603-0826 | Stone Springs Hospital Center<br>Resurgent Capital Services<br>PO Box 1927<br>Greenville, SC 29602-1927 | StoneSprings Hospital Center<br>24440 Stone Springs Blvd<br>Sterling, VA 20166-2247 |
| VA Department of Social Serv<br>Division of Child Suppt Enf.<br>PO Box 71900<br>Henrico, VA 23255-1900 | Va Dept of Taxation<br>PO Box  1115<br>Richmond, VA 23218-1115 | Verizon Wireless<br>500 Technology Drive Suite 550<br>Saint Charles, MO 63304-2225 |

| | | |
|---|---|---|
| Washington Gas<br>6801 Industrial Rd<br>Springfield, VA 22151-4205 | Whitbeck Bennett<br>120 Edwards Ferry Rd NE<br>Leesburg, VA 20176-2340 | Daniel M. Press<br>Chung & Press, P.C.<br>6718 Whittier Ave., Suite 200<br>McLean, VA 22101-4531 |
| David Laurence Long<br>42666 Frontier Dr<br>Ashburn, VA 20148-7207 | Matthew W. Cheney<br>Office of the U.S. Trustee - Region 4<br>1725 Duke Street<br>Suite 650<br>Alexandria, VA 22314-3489 | Thomas P. Gorman<br>Thomas P. Gorman, Chapter 13 Trustee<br>1414 Prince St.<br>Ste. 202<br>Alexandria, VA 22314-2853 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| US Bank Trust National Association, not in i<br>c/o McCalla Raymer Leibert Pierce, LLP<br>Bankruptcy Department<br>1544 Old Alabama Road<br>Roswell, GA 30076 | Jefferson Capital Systems LLC<br>Po Box 7999<br>Saint Cloud, MN 56302 | LOGS Legal Group LLP<br>10130 Perimeter Parkway Ste 400<br>Charlotte, NC 28216 |
| (d)US Bank Trust National Association<br>c/o McCalla Raymer Leibert Pierce, LLP<br>Bankruptcy Department<br>1544 Old Alabama Road<br>Roswell, GA  30076 | End of Label Matrix<br>Mailable recipients    35<br>Bypassed recipients     0<br>Total                 35 | |