**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**

In re  David Laurence Long

Case No.  25-11590-KHK

Debtor(s)                            Chapter 13

### ORDER EXTENDING TIME TO FILE CHAPTER 13 PLAN, LISTS, SCHEDULES AND STATEMENTS AND REQUIRING DEBTOR TO GIVE NOTICE; AND HEARING THEREON

The debtor(s) have filed a motion to extend the time for filing their Chapter 13 plan, lists, schedules and statements.   Accordingly it is **ORDERED** that

1. the debtor's motion to extend the time to file a plan is granted.

2. the deadline for filing a Chapter 13 plan is extended to _____September 2, 2025_____.

**3**. **the debtor(s) shall forthwith notify the trustee and all creditors of the respective deadline set for the filing of the plan.**

4. under authority of Local Bankruptcy Rule 1007-1, the time is extended to _____September 2, 2025_____ for filing all lists, schedules and statements.

If you fail to timely file any of the foregoing missing documents or a motion for further extension of time, you must appear at a hearing to explain why the bankruptcy case should not be dismissed for failure to timely cure the deficiency and any other deficiency(ies) or certifications that accrue before the hearing.   The hearing will be held:

*Date*:     September 18, 2025
*Time*:    1:30 p.m.
*Location*:  U. S. Bankruptcy Court, 200 S. Washington St., 3rd Fl., Courtroom III, Alexandria, VA  22314

**If the debtor(s) fails to appear at the hearing, the above-captioned case may be dismissed.**

NOTICE: **The hearing will be held only if the debtor(s) fails to timely file any of the foregoing missing documents or a motion for further extension of time.  The debtor is advised that a separate hearing will be held on each Order Extending Time or Notice of Possible Dismissal issued in a case.**

Charri S. Stewart, Clerk
United States Bankruptcy Court

Date:  August 19, 2025                    By  /s/ Natalia Newbold
                                              Deputy Clerk

NOTICE OF JUDGMENT OR ORDER
ENTERED ON DOCKET
August 19, 2025

[oex13ps ver. 07/25]

United States Bankruptcy Court
Eastern District of Virginia

In re:                                                    Case No. 25-11590-KHK
David Laurence Long                              Chapter 13
     Debtor

# CERTIFICATE OF NOTICE

District/off: 0422-9                              User: NataliaNe                              Page 1 of 3
Date Rcvd: Aug 20, 2025                      Form ID: pdford6                           Total Noticed: 29

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 22, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | David Laurence Long, 42666 Frontier Dr, Ashburn, VA 20148-7207 |
| 16791624 | + | Brambleton Community Assn, c/o Chadwick Washington, 3201 Jermantown Rd #600, Fairfax, VA 22030-2879 |
| 16791625 | + | Brigitte Long, 10914 Ted Barclay Ln, Bristow, VA 20136-1396 |
| 16791630 | + | Loudoun County Treasurer, PO Box 1000, Leesburg, VA 20177-1000 |
| 16791634 | + | NOVEC, PO Box 34734, Alexandria, VA 22334-0734 |
| 16791643 | + | Whitbeck Bennett, 120 Edwards Ferry Rd NE, Leesburg, VA 20176-2340 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 16794065 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Aug 21 2025 01:04:07 | Ally Bank, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 16791622 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Aug 21 2025 01:04:16 | Ally Bank, P.O. Box 9222, Old Bethpage, NY 11804-9222 |
| 16791623 | + | Email/PDF: resurgentbknotifications@resurgent.com | Aug 21 2025 01:04:31 | Ashley Funding, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 16794092 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 21 2025 01:04:09 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 16791626 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 21 2025 01:04:39 | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 16804611 | + | Email/PDF: ebn_ais@aisinfo.com | Aug 21 2025 01:05:40 | Capital One, N.A., by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 16791627 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Aug 21 2025 00:47:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 16791628 | | Email/Text: JCAP_BNC_Notices@jcap.com | Aug 21 2025 00:47:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud, MN 56302 |
| 16791629 | | Email/Text: logsecf@logs.com | Aug 21 2025 00:47:00 | LOGS Legal Group LLP, 10130 Perimeter Parkway Ste 400, Charlotte, NC 28216 |
| 16791631 | + | Email/Text: dguntle@loudounwater.org | Aug 21 2025 00:48:00 | Loudoun Water, PO Box 4000, 44865 Loudoun Water Way, Ashburn, VA 20147-6109 |
| 16795869 | | Email/Text: BankruptcyECFMail@mccalla.com | Aug 21 2025 00:47:00 | US Bank Trust National Association, c/o McCalla Raymer Leibert Pierce, LLP, Bankruptcy Department, 1544 Old Alabama Road, Roswell, GA 30076 |
| 16791632 | + | Email/Text: rcpsbankruptcynotices@parallon.com | Aug 21 2025 00:48:00 | Medicredit, PO Box 505600, Saint Louis, MO 63150-5600 |
| 16791633 | + | Email/Text: bankruptcydpt@mcmcg.com | Aug 21 2025 00:47:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |

Case 25-11590-KHK    Doc 17    Filed 08/22/25    Entered 08/23/25 00:18:07    Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0422-9 | User: NataliaNe | Page 2 of 3 |
| --- | --- | --- |
| Date Rcvd: Aug 20, 2025 | Form ID: pdford6 | Total Noticed: 29 |

| Recipient # | Delivery Method | Date/Time | Recipient |
| --- | --- | --- | --- |
| 16798450 | Email/Text: mtgbk@shellpointmtg.com | Aug 21 2025 00:46:00 | NewRez LLC d/b/a Shellpoint Mortgage Servicing, PO Box 10826,, Greenville, South Carolina 29603-0826 |
| 16791635 | + Email/Text: bkrgeneric@penfed.org | Aug 21 2025 00:46:00 | PenFed Credit Union, Box 1432, Alexandria, VA 22313-1432 |
| 16791636 | + Email/PDF: ais.fpc.ebn@aisinfo.com | Aug 21 2025 01:05:24 | Premier Bankcard, LLC, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 16791637 | + Email/Text: mtgbk@shellpointmtg.com | Aug 21 2025 00:46:00 | Shellpoint Mortgage, PO Box 10826, Greenville, SC 29603-0826 |
| 16794067 | + Email/PDF: resurgentbknotifications@resurgent.com | Aug 21 2025 01:04:26 | Stone Springs Hospital Center, Resurgent Capital Services, PO Box 1927, Greenville, SC 29602-1927 |
| 16791638 | + Email/PDF: HCABKNotifications@resurgent.com | Aug 21 2025 01:16:08 | StoneSprings Hospital Center, 24440 Stone Springs Blvd, Sterling, VA 20166-2247 |
| 16791639 | + Email/Text: bankruptcy@dss.virginia.gov | Aug 21 2025 00:47:00 | VA Department of Social Serv, Division of Child Suppt Enf., PO Box 71900, Henrico, VA 23255-1900 |
| 16791640 | + Email/Text: va_tax_bk@harriscollect.com | Aug 21 2025 00:48:00 | Va Dept of Taxation, PO Box 1115, Richmond, VA 23218-1115 |
| 16791641 | + Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Aug 21 2025 00:46:00 | Verizon Wireless, 500 Technology Drive Suite 550, Saint Charles, MO 63304-2225 |
| 16791642 | + Email/Text: Bankruptcy@washgas.com | Aug 21 2025 00:47:00 | Washington Gas, 6801 Industrial Rd, Springfield, VA 22151-4205 |

TOTAL: 23

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 22, 2025     Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 19, 2025 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Bradley M. Barna | on behalf of Creditor Brambleton Community Association bbarna@chadwickwashington.com |
| Daniel M. Press | on behalf of Debtor David Laurence Long dpress@chung-press.com  pressdm@gmail.com;danpress@recap.email |
| Maria A. Tsagaris | |

on behalf of Creditor US Bank Trust National Association  not in its individual capacity, but solely as Delaware trustee for GS Mortgage-Backed Securities Trust 2025-SJ1 maria.tsagaris@mccalla.com, mccallaecf@ecf.courtdrive.com

Matthew W. Cheney

ustpregion04.ax.ecf@usdoj.gov

Paul Wilfred Cervenka

on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing paul.cervenka@bonialpc.com Notices.Bonial@ecf.courtdrive.com

Radostina Petkova Estevao

on behalf of Creditor County of Loudoun  VA tina.estevao@loudoun.gov

Thomas P. Gorman

ch13alex@gmail.com tgorman26@gmail.com


TOTAL: 7