UNITED STATES BANKRUPTCY COURT

FOR THE

EASTERN DISTRICT OF VIRGINIA
Alexandria Division

In the Matter of:

DAVID LAURENCE LONG

Debtor

Chapter 13

Case No. 25-11590-KHK

## MOTION TO DISMISS WITH PREJUDICE, NOTICE OF MOTION TO DISMISS AND NOTICE OF SCHEDULED HEARING ON THIS MOTION

Thomas P. Gorman, Chapter 13 Trustee, hereby files this Motion to Dismiss under 11 U.S.C. §1307(c), and requests that dismissal of this case and any Order of dismissal bar Debtor from refiling Chapter 13 or Chapter 11 bankruptcy for a period of not less than (2) years. The cause for this motion is as follows:

1. **Violation of 11 U.S.C. §109(e)** – Lack of Regular Income
   - Schedules I/J show Debtor's expenses exceed his income by $5,946.11/month. The "income" Debtor had as of the Petition Date ($591.52/month from Uber) is less than the $2,721.33/month mortgage payments shown at line 4 of Schedule J. Debtor therefore does not have "regular income" as defined by 11 U.S.C. §101(30) as of the Petition date.

2. **Violation of 11 U.S.C. §1307(c)** – Lack of Good Faith and Unreasonable Delay
   - Debtor has the following prior case history, which history gives question as to whether filing another case at a time when he was only marginally employed and had negative disposable income was a good faith filing:

     **19-13938-BFK** David Lawrence Long
     **Case type:** bk **Chapter:** 7  **Date filed:** 12/02/2019
     **Debtor discharged:** 03/10/2020

     **21-11113-KHK** David Laurence Long
     **Case type:** bk **Chapter:** 13 **Date filed:** 06/21/2021  **Plan**

**Notice and Motion to Dismiss**
David Laurence Long, Case #25-11590-KHK

> **confirmed:** 10/15/2021
> **Debtor dismissed:** 02/03/2023
>
> **23-10822-KHK** David Laurence Long
> **Case type:** bk **Chapter:** 13  **Date filed:** 05/16/2023  **Plan confirmed:** 10/02/2023
> **Debtor dismissed:** 01/25/2024
>
> **25-10298-BFK** David Laurence Long
> **Case type:** bk **Chapter:** 13 **Date filed:** 02/19/2025
> **Debtor dismissed:** 05/09/2025

- Debtor asserts that this case is significantly different from his prior cases since it calls for the sale of his real property, but as of his September 9, 2025 creditors meeting, he had not listed the property for sale; articulated no reason for not having done so, and he had not made any plans or arrangements for alternate living quarters as of that time, Debtor does not appear that he is sincere about the property sale.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not wish the court to grant the relief sought in the motion, or if you want the court to consider your views on the motion, then on or before five business days prior to the hearing date, you or your attorney must:

> File with the court a written response with supporting memorandum as required by Local Bankruptcy Rule 9013-1. Unless a written response and supporting memorandum are filed and served by the date specified, the Court may deem any opposition waived, treat the motion as conceded, and issue an order granting the requested relief without further notice or hearing. If you mail your response to the court for filing, you must mail it early enough so the court will receive it on or before twenty-one days from the service of this notice. You must mail a copy to the persons listed below.

***Attend the hearing to be held on November 3, 2025 at 1:30 p.m., in Courtroom III on the 3rd floor, United States Bankruptcy Court, 200 South Washington Street, Alexandria, VA 22314.*** If no timely response has been filed opposing the relief requested, the court may grant the relief without holding a hearing.

A copy of any written response must be mailed to the following persons:

> Thomas P. Gorman
> 1414 Prince Street, Suite 202
> Alexandria, VA 22314

**Notice and Motion to Dismiss**
David Laurence Long, Case #25-11590-KHK

Clerk of the Court
United States Bankruptcy Court
200 South Washington Street
Alexandria, VA 22314

If you or your attorney do not take steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief.

Date: _September 15, 2025 _____          __/s/ Thomas P. Gorman_____
                                         Thomas P. Gorman
                                         Chapter 13 Trustee
                                         1414 Prince Street, Suite 202
                                         Alexandria, VA 22314
                                         (703) 836-2226
                                         VSB 26421

### CERTIFICATE OF SERVICE

I hereby certify that I have this 15th day of September, 2025, served via ECF to authorized users or mailed a true copy of the foregoing Motion to Dismiss, Notice of Motion and Notice of Hearing to the following parties.

David Laurence Long                  Daniel M. Press, Esquire
Chapter 13 Debtor                    Attorney for Debtor
42666 Frontier Dr.                   Chung & Press, P.C.
Ashburn, VA 20148                    6718 Whittier Ave. Ste. 200
                                     Mclean, VA 22101

                                         __/s/ Thomas P. Gorman_____
                                         Thomas P. Gorman