# UNITED STATES BANKRUPTCY COURT

## FOR THE

## EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

| | |
|---|---|
| In the Matter of: | Chapter 13 |
| DAVID LAURENCE LONG | Case No. 25-11590-KHK |
| Debtor | |

### OBJECTION TO CONFIRMATION OF PLAN,
### NOTICE OF OBJECTION TO CONFIRMATION OF PLAN
### AND
### NOTICE OF SCHEDULED HEARING ON THIS OBJECTION

Thomas P. Gorman, Chapter 13 Trustee, has filed this objection to confirmation of your Chapter 13 Plan filed September 2, 2025.  The cause for this objection is as follows:

**Violation of 11 U.S.C. §1325(a)(6) and Violation of 11 U.S.C. §1325(a)(3)** – Feasibility and Good Faith

- Trustee repeats and reasserts the allegations made in his Motion to Dismiss with Prejudice (Dkt. #21) as if fully set forth herein.
- Trustee asserts that Debtor does not qualify for Chapter 13 relief because of lack of regular income and that this latest (fifth) case was not filed in good faith, and that Debtor's Plan proposed to see his real estate is not sincere.

**Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)**

If you do not wish the court to grant the relief sought in the objection, or if you want the court to consider your views on the objection, then on or before five business days prior to the hearing date, you or your attorney must:

File with the court a written response with supporting memorandum as required by Local Bankruptcy Rule 9013-1.  Unless a written response and supporting memorandum are filed and served by the date specified, the Court may deem any opposition waived, treat the motion as conceded, and issue an order granting the requested relief without further notice or hearing.  If you mail your

**Notice of Objection To Confirmation**

David Laurence Long, Case # 25-11590-KHK

response to the court for filing, you must mail it early enough so the court will receive it on or before twenty-one days from the service of this notice.  You must mail a copy to the persons listed below.

***Attend the hearing to be held on November 3, 2025 at 1:30 p.m., in Courtroom III on the 3rd floor, United States Bankruptcy Court, 200 South Washington Street, Alexandria, VA 22314.***  If no timely response has been filed opposing the relief requested, the court may grant the relief without holding a hearing.

A copy of any written response must be mailed to the following persons:

> Thomas P. Gorman
> 1414 Prince Street, Suite 202
> Alexandria, VA 22314

> Clerk of the Court
> United States Bankruptcy Court
> 200 South Washington Street
> Alexandria, VA 22314

If you or your attorney do not take steps, the court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.

Date: _September 16, 2025 _____                   __/s/Thomas P. Gorman _____
                                                   Thomas P. Gorman
                                                   Chapter 13 Trustee
                                                   1414 Prince Street, Suite 202
                                                   Alexandria, VA 22314
                                                   (703) 836-2226
                                                   VSB 26421

**Notice of Objection To Confirmation**
David Laurence Long, Case # 25-11590-KHK

# CERTIFICATE OF SERVICE

I hereby certify that I have this 16th day of September, 2025, served via ECF to authorized users or mailed a true copy of the foregoing Objection to Confirmation, Notice of Objection and Notice of Hearing to the following parties.

David Laurence Long          Daniel M. Press, Esquire
Chapter 13 Debtor            Attorney for Debtor
42666 Frontier Dr            Chung & Press, P.C.
Ashburn, VA 20148            6718 Whittier Ave. Ste. 200
                             Mclean, VA 22101


                             __/s/ Thomas P. Gorman_____
                             Thomas P. Gorman