**UNITED STATES BANKRUPTCY COURT**

**FOR THE**

**EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | |
|---|---|
| In the Matter of:<br><br>DAVID LAURENCE LONG<br><br><br><br>Debtor | Chapter 13<br><br>Case No. 25-11590-KHK |

**AMENDED OBJECTION TO CONFIRMATION OF PLAN,**

Thomas P. Gorman, Chapter 13 Trustee, has filed this amended[1] objection to confirmation of your Chapter 13 Plan filed September 2, 2025.  The cause for this objection is as follows:

> **Violation of 11 U.S.C. §1325(a)(6) and Violation of 11 U.S.C. §1325(a)(3)** – Feasibility and Good Faith
> Trustee repeats and reasserts the allegations made in his Motion to Dismiss with Prejudice (Dkt. #21) as if fully set forth herein.
> Trustee asserts that Debtor does not qualify for Chapter 13 relief because of lack of regular income and that this latest (fifth) case was not filed in good faith, and that Debtor's Plan proposed to see his real estate is not sincere.
>
> **Violation of 11 U.S.C. §1322(a)(2)** – The proposed Plan does not fully provide for priority domestic support obligation (Proof of Claim #9).

Date: _September 30, 2025 _____

__/s/Thomas P. Gorman _____
Thomas P. Gorman
Chapter 13 Trustee
1414 Prince Street, Suite 202
Alexandria, VA 22314
(703) 836-2226
VSB 26421

---

[1] This Objection to Confirmation is being amended to include Violation of 11 U.S.C. §1322(a)(2).

**Notice of Objection To Confirmation**
David Laurence Long, Case # 25-11590-KHK

# CERTIFICATE OF SERVICE

I hereby certify that I have this 30th day of September, 2025, served via ECF to authorized users or mailed a true copy of the foregoing Objection to Confirmation, Notice of Objection and Notice of Hearing to the following parties.

David Laurence Long                      Daniel M. Press, Esquire
Chapter 13 Debtor                        Attorney for Debtor
42666 Frontier Dr                        Chung & Press, P.C.
Ashburn, VA 20148                        6718 Whittier Ave. Ste. 200
                                         Mclean, VA 22101


                              __/s/ Thomas P. Gorman_____
                              Thomas P. Gorman