## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
## ALEXANDRIA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | **BANKRUPTCY CASE** |
| | ) | |
| **David Laurence Long,** | ) | **NO.: 25-11590-KHK** |
| Debtor. | ) | |
| | ) | **CHAPTER 13** |
| | ) | |
| | ) | |
| | ) | |
| | ) | |

## <u>OBJECTION TO CONFIRMATION</u>

### <u>NOTICE</u>

**YOUR RIGHTS MAY BE AFFECTED. YOU SHOULD READ THESE PAPERS CAREFULLY AND DISCUSS THEM WITH YOUR ATTORNEY, IF YOU HAVE ONE IN THIS BANKRUPTCY CASE. (IF YOU DO NOT HAVE AN ATTORNEY, YOU MAY WISH TO CONSULT ONE.)**

**IF YOU DO NOT WISH THE COURT TO SUSTAIN THE OBJECTION SOUGHT HEREIN, OR IF YOU WANT THE COURT TO CONSIDER YOUR VIEWS ON THE OBJECTION, THEN YOU MUST ATTEND THE HEARING ON THIS MATTER, OTHERWISE, THE COURT MAY DEEM OPPOSITION WAIVED, TREAT THE OBJECTION AS CONCEDED, AND ISSUE AN ORDER SUSTAINING THE OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

**THE HEARING IS SCHEDULED TO BE HELD ON November 3, 2025, AT 1:30 p.m. At Judge Kindred's Courtroom, 200 S. Washington Street, 3rd Floor, Courtroom III, Alexandria, VA.**

      **COMES NOW,** US Bank Trust National Association, not in its individual capacity, but solely as Delaware trustee for GS Mortgage-Backed Securities Trust 2025-SJ1 (hereinafter known as "Creditor"), a secured creditor holding a Deed of Trust against the real property commonly known as 42666 Frontier Drive, Ashburn, VA 20148  (the "Property"), and for the

---

Elizabeth  Parrott, Bar No.:
Attorney for Creditor
McCalla Raymer Leibert Pierce, LLP
1544 Old Alabama Road
Roswell, Georgia 30076
678-277-4911
Elizabeth.Parrott@mccalla.com

reasons stated below, objects to confirmation of Debtor's Chapter 13 plan (Doc. No. 19) (the "Plan").

1.

Debtor's Plan states that Debtor plans to sell the property within six (6) months of filing and pay off the mortgage and the arrears in full.  However, the plan does not provide for ongoing payments to Creditor nor the arrearage claim or any adequate protection payments. Furthermore, the plan does not state what happens if the property is not sold within six months. The confirmation of the Plan should be denied until or unless the Plan provides more specific details regarding the sale price and of the proposed sale of the property and what happens should the property not sell within the 6 months.

2.

Debtor's Plan does not treat Creditor's prepetition arrearage claim. Creditor has not yet filed a proof of claim but will do so prior to the expiration of the claims deadline. According to preliminary figures, the arrearage is $4,367.10.

3.

Confirmation of the Plan should be denied until Debtor amends the Plan to properly treat Creditor's claim.

4.

Creditor reserves the right to raise the failure of Debtor to have made post-petition mortgage payments under 11 U.S.C. Sections 1325(a)(2) and 1325(a)(6), if at confirmation that appears to be the case.

WHEREFORE, Creditor prays that the Court will:

1.  Deny confirmation,

2.  Award reasonable attorney's fees, and

3.  Grant such other and further relief as is just and equitable.

*/s/Elizabeth  Parrott*
Elizabeth  Parrott, Bar No.:
Attorney for Creditor
McCalla Raymer Leibert Pierce, LLP
1544 Old Alabama Rd
Roswell, GA 30076
678-277-4911
Elizabeth.Parrott@mccalla.com

Bankruptcy Case No.:    25-11590-KHK

Chapter:    13

## CERTIFICATE OF SERVICE

I, Elizabeth Parrott, of MCCALLA RAYMER PIERCE, LLP, 1544 Old Alabama Rd, Roswell,    GA    30076, certify:

That I am, and at all times hereinafter mentioned, was more than 18 years of age;

That on the date below, I served a copy of the within OBJECTION TO CONFIRMATION filed in this bankruptcy matter on the following parties at the addresses shown, by regular United States Mail, with proper postage affixed, unless another manner of service is expressly indicated:

David Laurence Long
42666 Frontier Dr
Ashburn, VA 20148

Daniel M. Press                          (*served via ECF Notification*)
Chung & Press, P.C.
6718 Whittier Ave., Suite 200
McLean, VA 22101

Thomas P. Gorman                    (*served via ECF Notification*)
Thomas P. Gorman, Chapter 13 Trustee
1414 Prince St.
Ste. 202
Alexandria, VA 22314

I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on:    10/03/2025    By:    */s/Elizabeth Parrott*
                        (date)            Elizabeth Parrott, Bar No.:
                                                Attorney for Creditor