**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | |
|---|---|
| **In re: David Laurence Long** | Case No. 25-11590-KHK |
| 42666 Frontier Dr. | Chapter 13 |
| Ashburn, VA 20148 | |
| xxx-xx-9028 | |
| Debtor. | |

## NOTICE OF OBJECTION AND NOTICE OF HEARING

Please take notice that the Commonwealth of Virginia, Department of Social Services, Division of Child Support Enforcement (the "Division") by counsel, has filed an objection to the confirmation of the above captioned Debtor's chapter 13 plan filed September 2, 2025.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not wish the court to grant the relief sought in the objection, or if you want the court to consider your views on the objection, then on or before three days prior to the hearing date, you or your attorney must:

- File with the court at the address below, a written response with supporting memorandum as required by Local Bankruptcy Rule 9013-1(H). The address of the clerk's office is:

    Clerk of the Court
    United States Bankruptcy Court
    200 S. Washington St
    Alexandria, VA 22314-5405

    **Unless a written response and supporting memorandum are filed and served by the dated specified, the Court may deem any opposition waived, treat the objection as conceded, and issue an order granting the relief requested without further notice or hearing.** If you mail your response to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above. You must **also** mail a copy to the persons listed below.

- Attend the hearing to be held on **November 3, 2025 at 1:30 p.m.** in Judge Kindred's Courtroom, 200 S. Washington Street, 3rd Floor, Courtroom III, Alexandria, VA 22314.

Andrew Todd Rich, VSB No. 74296
Assistant Attorney General
Division of Child Support Enforcement
P.O. Box 71900
Henrico, VA 23255
804-659-7850
todd.rich@dss.virginia.gov

- **If no timely response has been filed opposing the relief requested, the court may grant the relief without holding a hearing.**

- A copy of any response must be mailed to the following persons:

   Andrew Todd Rich, Esquire
   Assistant Attorney General
   Division of Child Support Enforcement
   P.O. Box 71900
   Henrico, VA 23255

   Thomas P. Gorman, Trustee
   1414 Prince St.
   Ste. 202
   Alexandria, VA 22314

   Matthew W. Cheney
   Office of the U.S. Trustee - Region 4
   1725 Duke Street
   Suite 650
   Alexandria, VA 22314

   If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.

## **OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN**

COMES NOW the Commonwealth of Virginia, Department of Social Services, Division of Child Support Enforcement (the "Division"), by counsel, and hereby objects to the confirmation of the chapter 13 plan filed by the debtor on September 2, 2025, in the above-captioned case, and in support thereof respectfully states as follows:

A. *Background*

1. On August 5, 2025 (the "Petition Date"), the Debtor filed a voluntary petition for relief under chapter 13 of the Bankruptcy Code.

2. On September 2, 2025, the Debtor filed his proposed chapter 13 plan (the "Plan").

3. On September 25, 2025, the Division filed a proof of claim for priority domestic support obligation arrears in the amount of $10,022.77, designated as claim number 9 in the official claims register (the "DSO Claim").

B. *The Debtor is Not Current with Post-Petition Domestic Support Payments*

1. The Debtor has one open child support case with current child support obligations with the Division and owes a claim for domestic support obligations.

2. The domestic support claim is entitled to priority under 11 U.S.C. § 507(a)(1).

3. Specifically, the Debtor is ordered to pay the following domestic support obligation on the 1st of each month:

| Case Number | Monthly Support |
|---|---|
| 5304734 | $756.00 |

4. Since the Petition Date, support for the months of September and October 2025 have come due. No payments have been received since the Petition Date, and the

3

Debtor is in default in maintaining child support. A true and exact payment record is attached as Exhibit A.

5. In order to have a chapter 13 plan confirmed, a debtor must be current on his/her payment of post-petition child support obligations pursuant to 11 U.S.C. § 1325(a)(8).

WHEREFORE, for the reasons stated herein, the Commonwealth of Virginia, Department of Social Services, Division of Child Support Enforcement, respectfully requests that the Court deny confirmation of the Debtor's chapter 13 plan and grant such other and further relief as is just and proper.

Dated: October 15, 2025

COMMONWEALTH OF VIRGINIA,
DEPARTMENT OF SOCIAL SERVICES,
DIVISION OF CHILD SUPPORT ENFORCEMENT

/s/ Andrew Todd Rich
Andrew Todd Rich, VSB No. 74296
Assistant Attorney General
Dept. of Social Services
Division of Child Support Enforcement
P.O. Box 71900
Henrico, VA 23255
804-659-7850
todd.rich@dss.virginia.gov

**Certificate of Service**

      I hereby certify that on the 15th day of October, 2025, I electronically filed the foregoing Notice and Objection to Confirmation of Chapter 13 Plan with the Clerk of Court using the CM/ECF system, which provides electronic notice of such filing to all parties that receive notice in this matter including the following:

      Daniel M. Press, Esq.
*Counsel for the Debtor*

      Thomas P. Gorman, Esq.
*Chapter 13 Trustee*

and to be sent by first class mail, postage prepaid, to the following non-CM/ECF participant:

      David Laurence Long
      42666 Frontier Dr.
      Ashburn, VA 20148

      /s/ Andrew Todd Rich
      Assistant Attorney General