**UNITED STATES BANKRUPTCY COURT**

**FOR THE**

**EASTERN DISTRICT OF VIRGINIA**
Alexandria Division

| | |
|---|---|
| In the Matter of:<br><br>DAVID LAURENCE LONG<br><br><br>Debtor | Chapter 13<br><br>Case No. 25-11590-KHK |

### SECOND AMENDED OBJECTION TO CONFIRMATION OF PLAN

Thomas P. Gorman, Chapter 13 Trustee, has filed this second amended[1] objection to confirmation of your Chapter 13 Plan filed September 2, 2025.  The cause for this objection is as follows:

**Violation of 11 U.S.C. §1325(a)(6) and Violation of 11 U.S.C. §1325(a)(3)** – Feasibility and Good Faith
- Trustee repeats and reasserts the allegations made in his Motion to Dismiss with Prejudice (Dkt. #21) as if fully set forth herein.
- Trustee asserts that Debtor does not qualify for Chapter 13 relief because of lack of regular income and that this latest (fifth) case was not filed in good faith, and that Debtor's Plan proposed to see his real estate is not sincere.

**Violation of 11 U.S.C. §1322(a)(2)** –
- The proposed Plan does not fully provide for priority domestic support obligation (Proof of Claim #9).
- The proposed Plan does not provide for priority claim of Loudoun County (Proof of Claim #16).

Date: _October 24, 2025_____        __/s/Thomas P. Gorman _____
                                                                Thomas P. Gorman
                                                                Chapter 13 Trustee
                                                                1414 Prince Street, Suite 202
                                                                Alexandria, VA 22314
                                                                (703) 836-2226
                                                                VSB 26421

---

[1] This Objection to Confirmation has been amended to include information about Proof of Claim #16.

**Second Amended Objection To Confirmation**
David Laurence Long, Case # 25-11590-KHK

# CERTIFICATE OF SERVICE

I hereby certify that I have this 24th day of October, 2025, served via ECF to authorized users or mailed a true copy of the foregoing Second Amended Objection to Confirmation to the following parties.

| | |
|---|---|
| David Laurence Long | Daniel M. Press, Esquire |
| Chapter 13 Debtor | Attorney for Debtor |
| 42666 Frontier Dr. | Chung & Press, P.C. |
| Ashburn, VA 20148 | 6718 Whittier Ave. Ste. 200 |
| | Mclean, VA 22101 |

                                         __/s/ Thomas P. Gorman_____
                                         Thomas P. Gorman