UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| In re ) | |
| ) | |
| David Laurence Long ) | |
| ) | No. 25-11590-KHK |
| Debtor. ) | Chapter 13 |
| ) | |

**RESPONSE TO TRUSTEE'S MOTION TO DISMISS**

COME NOW the Debtor, David Laurence Long, by counsel, and responds as follows to the Trustee's Motion to Dismiss.

The Debtor now has employment that pays approximately $200,000 per year. While he was willing to sell his home to save the equity, he was able to find a good job that will enable him to cure his mortgage and support arrears and pay 100% to his creditors.

At the time of filing he had income as an Uber driver, meeting the statutory regular income requirement under §101(30), but in any event, he now does have sufficient income.

As for good faith, while Debtor did have prior filings, after his second case, through his mother's estate he sold another property and he came completely current on his support and mortgages on his residence. This case is a good faith effort to save his home, or at least the equity in his home, for the benefit of himself, his children, and his creditors.

Accordingly, the motion to dismiss should be denied.

.

Dated: October 25, 2025.

Respectfully submitted,

  /s/ Daniel M. Press
Daniel M. Press, VSB# 37123
CHUNG & PRESS, P.C.
6718 Whittier Avenue, Suite 200
McLean, Virginia 22101
(703) 734-3800
dpress@chung-press.com
Counsel for Debtor

CERTIFICATE OF SERVICE

This is to certify that on this 25th day of October, 2025, I caused the foregoing Response to be served by CM/ECF on the Chapter 13 Trustee and the Office of the U.S. Trustee.

  /s/ Daniel M. Press
Daniel M. Press