## United States Bankruptcy Court
**Eastern District of Virginia**
Alexandria Division
200 South Washington Street
Alexandria, VA 22314

**Case Number** 25−11590−KHK
**Chapter** 13

**In re:** Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

David Laurence Long
42666 Frontier Dr
Ashburn, VA 20148

Last four digits of Social−Security or Individual Taxpayer−Identification (ITIN) No(s).,(if any):
   Debtor: xxx−xx−9028

Employer Tax−Identification (EIN) No(s).(if any):
   Debtor: NA

## SECOND
## NOTICE OF REQUIREMENT TO FILE CERTIFICATE OF DEBTOR EDUCATION

**Our records reflect that a Certification About a Financial Management Course has not been filed.**

   Notice is hereby given that, subject to limited exceptions, a debtor must complete an instructional course in personal financial management in order to receive a discharge under chapter 13 (11 U.S.C. § 1328). Pursuant to Rule 1007(b)(7) of the Federal Rules of Bankruptcy Procedure, the debtor(s) must complete and file a Certificate of Debtor Education.
      Debtor(s) and/or debtor(s)' attorney is/are hereby notified that a Certificate of Debtor Education must be filed before a discharge can be entered. Debtor(s) and/or debtor(s)' attorney is/are hereby notified that the debtor(s) must file a Certificate of Debtor Education no later than 45 days after the Clerk's mailing of the Notice to Debtor(s) and Creditors Concerning Issuance of Discharge, in compliance with LBR 1007−1(J). Failure to file the certification may result in the case being closed without an entry of discharge. If the debtor(s) subsequently file(s) a Motion to Reopen the Case to allow for the filing of a Certificate of Debtor Education, the debtor(s) must pay the full reopening fee due for filing the motion.

Dated:   October 28, 2025

Charri S Stewart
Clerk of Court

(ntcfnmgtSecondvDec2024.jsp)

*NOTE: A Certificate of Debtor Education must be filed in all individual chapter 13 and chapter 7 cases even if the U.S. Trustee has not approved any credit counseling agency or financial management course for the applicable district. See FRBP 1007(b)(7).

**ATTENTION DEBTORS:**

Receive your court notices and orders by mail through the DeBN program.
Same−day delivery. Convenient Access. Free.
Go to *www.vaeb.uscourts.gov* for more information and to download the request form.

United States Bankruptcy Court
Eastern District of Virginia

In re:                                                                                          Case No. 25-11590-KHK
David Laurence Long                                                                             Chapter 13
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0422-9                       User: NataliaNe                                      Page 1 of 2
Date Rcvd: Oct 28, 2025                    Form ID: fnmgt215                                    Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol     Definition**

+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 30, 2025:**

**Recip ID          Recipient Name and Address**
db              +   David Laurence Long, 42666 Frontier Dr, Ashburn, VA 20148-7207

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 30, 2025                         Signature:            /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 28, 2025 at the address(es) listed below:**

**Name**                    **Email Address**
Andrew Todd Rich
                            on behalf of Creditor Commonwealth of Virginia  Dept. of Social Services, Division of Child Support Enforcement trich@oag.state.va.us, bankruptcy@dss.virginia.gov

Bradley M. Barna
                            on behalf of Creditor Brambleton Community Association bbarna@chadwickwashington.com

Daniel M. Press
                            on behalf of Debtor David Laurence Long dpress@chung-press.com  pressdm@gmail.com;danpress@recap.email

Elizabeth H. Parrott
                            on behalf of Creditor US Bank Trust National Association  not in its individual capacity, but solely as Delaware trustee for GS Mortgage-Backed Securities Trust 2025-SJ1 Elizabeth.Parrott@mccalla.com, mccallaecf@ecf.courtdrive.com

Maria A. Tsagaris
                            on behalf of Creditor US Bank Trust National Association  not in its individual capacity, but solely as Delaware trustee for GS Mortgage-Backed Securities Trust 2025-SJ1 maria.tsagaris@mccalla.com, mccallaecf@ecf.courtdrive.com

District/off: 0422-9 | User: NataliaNe | Page 2 of 2
Date Rcvd: Oct 28, 2025 | Form ID: fnmgt215 | Total Noticed: 1

Matthew W. Cheney
   ustpregion04.ax.ecf@usdoj.gov

Paul Wilfred Cervenka
   on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing paul.cervenka@bonialpc.com Notices.Bonial@ecf.courtdrive.com

Radostina Petkova Estevao
   on behalf of Creditor County of Loudoun VA tina.estevao@loudoun.gov

Thomas P. Gorman
   ch13alex@gmail.com tgorman26@gmail.com

TOTAL: 9