**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | BANKRUPTCY CASE |
| | ) | |
| **David Laurence Long,** | ) | NO.: 25-11590-KHK |
| Debtor. | ) | |
| | ) | CHAPTER 13 |
| | ) | |
| | ) | |
| | ) | |
| | ) | |

## WITHDRAWAL OF OBJECTION TO CONFIRMATION

**COMES NOW,** US Bank Trust National Association, not in its individual capacity, but solely as Delaware trustee for GS Mortgage-Backed Securities Trust 2025-SJ1 (hereinafter known as "Creditor"), by and through counsel and withdraws the Objection to Confirmation of Plan it previously filed on October 3, 2025.

/s/Elizabeth  Parrott
Elizabeth  Parrott, Bar No.:
Attorney for Creditor
McCalla Raymer Leibert Pierce, LLP
1544 Old Alabama Rd
Roswell, GA 30076
678-277-4911
Elizabeth.Parrott@mccalla.com

---

Elizabeth  Parrott, Bar No.:
Attorney for Creditor
McCalla Raymer Leibert Pierce, LLP
1544 Old Alabama Road
Roswell, Georgia 30076
678-277-4911
Elizabeth.Parrott@mccalla.com

Bankruptcy Case No.:   25-11590-KHK

Chapter:   13

# CERTIFICATE OF SERVICE

I, Elizabeth Parrott, of MCCALLA RAYMER PIERCE, LLP, 1544 Old Alabama Rd, Roswell, GA 30076, certify:

That I am, and at all times hereinafter mentioned, was more than 18 years of age;

That on the date below, I served a copy of the within WITHDRAWAL OF OBJECTION TO CONFIRMATION filed in this bankruptcy matter on the following parties at the addresses shown, by regular United States Mail, with proper postage affixed, unless another manner of service is expressly indicated:

David Laurence Long
42666 Frontier Dr
Ashburn, VA 20148

Daniel M. Press                                    *(served via ECF Notification)*
Chung & Press, P.C.
6718 Whittier Ave., Suite 200
McLean, VA 22101

Thomas P. Gorman                                   *(served via ECF Notification)*
Thomas P. Gorman, Chapter 13 Trustee
1414 Prince St.
Ste. 202
Alexandria, VA 22314


I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.


Executed on:   11/03/2025     By:   /s/Elizabeth Parrott
                  (date)                Elizabeth Parrott, Bar No.:
                                        Attorney for Creditor