### UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

In re:  **David Laurence Long**                    **Case No. 25-11590-KHK**
     **42666 Frontier Dr.**                              **Chapter 13**
     **Ashburn, VA 20148**
        **xxx-xx-9028**
        **Debtor.**

## WITHDRAWAL OF OBJECTION TO CONFIRMATION

WHEREAS, on October 15, 2025, the Commonwealth of Virginia, Department of Social Services, Division of Child Support Enforcement (the "Division"), by counsel, filed an Objection to Confirmation; and

WHEREAS, the Debtor has paid child support for November, and included post-petition arrears in an Amended/Modified Chapter 13 Plan; and

WHEREAS, the Division amended its claim to include post-petition arrears;

NOW THEREFORE, the Division hereby withdraws its Objection to Confirmation.

Dated:  November 5, 2025

COMMONWEALTH OF VIRGINIA,
DEPARTMENT OF SOCIAL SERVICES,
DIVISION OF CHILD SUPPORT ENFORCEMENT

/s/ Andrew Todd Rich
Andrew Todd Rich, VSB No. 74296
Assistant Attorney General
Dept. of Social Services
Division of Child Support Enforcement
P.O. Box 71900
Henrico, VA 23255
804-659-7850
todd.rich@dss.virginia.gov

Andrew Todd Rich, VSB No. 74296
Assistant Attorney General
Division of Child Support Enforcement
P.O. Box 71900
Henrico, VA 23255
804-659-7850
todd.rich@dss.virginia.gov

**<u>Certificate of Service</u>**

I hereby certify that on the 5th day of November, 2025, I electronically filed the foregoing Withdrawal of Objection to Confirmation with the Clerk of Court using the CM/ECF system, which provides electronic notice of such filing to all parties that receive notice in this matter including the following:

> Daniel M. Press, Esq.
> *Counsel for the Debtor*
>
> Thomas P. Gorman, Esq.
> *Chapter 13 Trustee*

and to be sent by first class mail, postage prepaid, to the following non-CM/ECF participant:

> David Laurence Long
> 42666 Frontier Dr.
> Ashburn, VA 20148

> <u>/s/ Andrew Todd Rich</u>
> Assistant Attorney General