## UNITED STATES BANKRUPTCY COURT
## FOR THE
## EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

In the Matter of:

DAVID LAURENCE LONG

Debtor

Chapter 13

Case No. 25-11590-KHK

### OBJECTION TO CONFIRMATION OF MODIFIED PLAN, NOTICE OF OBJECTION TO CONFIRMATION OF MODIFIED PLAN AND NOTICE OF SCHEDULED HEARING ON THIS OBJECTION

Thomas P. Gorman, Chapter 13 Trustee, has filed this objection to confirmation of your Chapter 13 Plan filed October 24, 2025. The cause for this objection is as follows:

**Violation of 11 U.S.C. §1325(a)(8)** – Failure to Pay Post-Petition Domestic Support Obligations

1. Based on the Commonwealth of Virginia's prior Objection to Confirmation (Dkt. #25) Debtor was not current on his post-petition domestic support obligations.

**Violation of 11 U.S.C. §1325(a)(3) and Violation of 11 U.S.C. §1325(a)(6)** – Good Faith and Feasibility
2. 100% Plan appears to be underfunded as follows:

| **PERFORMANCE:** | | | |
|---|---|---:|---:|
| | Amount of Plan Payment | 100.00 | 3,180.00 |
| | Number of Months | 3 | 57 |
| | | 300.00 | 181,260.00 |
| | **Total Receipts** | | 181,560.00 |
| | **Disbursements Required:** | | |
| | Attorney | 6,712.00 | |
| | Taxes-Other Priority | 56,361.96 | |
| | Secured- | 80,218.04 | |
| | Unsecured | 39,240.77 | |
| | Other- | | |
| | Trustee | 18,253.28 | 10% |
| | **Total Disbursement** | | 200,786.05 |

**Notice of Objection To Confirmation**
David Laurence Long, Case # 25-11590-KHK

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not wish the court to grant the relief sought in the objection, or if you want the court to consider your views on the objection, then on or before five business days prior to the hearing date, you or your attorney must:

File with the court a written response with supporting memorandum as required by Local Bankruptcy Rule 9013-1. Unless a written response and supporting memorandum are filed and served by the date specified, the Court may deem any opposition waived, treat the motion as conceded, and issue an order granting the requested relief without further notice or hearing. If you mail your response to the court for filing, you must mail it early enough so the court will receive it on or before twenty-one days from the service of this notice. You must mail a copy to the persons listed below.

***Attend the hearing to be held on December 11, 2025 at 1:30 p.m., in Courtroom III on the 3rd floor, United States Bankruptcy Court, 200 South Washington Street, Alexandria, VA 22314.*** If no timely response has been filed opposing the relief requested, the court may grant the relief without holding a hearing.

A copy of any written response must be mailed to the following persons:

> Thomas P. Gorman
> 1414 Prince Street, Suite 202
> Alexandria, VA 22314
>
> Clerk of the Court
> United States Bankruptcy Court
> 200 South Washington Street
> Alexandria, VA 22314

If you or your attorney do not take steps, the court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.

Date: _November 14, 2025 _____            __/s/Thomas P. Gorman _____
                                           Thomas P. Gorman
                                           Chapter 13 Trustee
                                           1414 Prince Street, Suite 202
                                           Alexandria, VA 22314
                                           (703) 836-2226
                                           VSB 26421

**Notice of Objection To Confirmation**
David Laurence Long, Case # 25-11590-KHK

## CERTIFICATE OF SERVICE

I hereby certify that I have this 14th day of November, 2025, served via ECF to authorized users or mailed a true copy of the foregoing Objection to Confirmation, Notice of Objection and Notice of Hearing to the following parties.

| | |
|---|---|
| David Laurence Long | Daniel M. Press, Esquire |
| Chapter 13 Debtor | Attorney for Debtor |
| 42666 Frontier Dr | Chung & Press, P.C. |
| Ashburn, VA 20148 | 6718 Whittier Ave. Ste. 200 |
| | Mclean, VA 22101 |

    /s/ Thomas P. Gorman_____
Thomas P. Gorman