UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)

| | |
|---|---|
| In re ) | |
| ) | |
| David Laurence Long ) | |
| ) | No. 25−11590−KHK |
| Debtor. ) | Chapter 13 |
| ) | |

## ORDER SUSTAINING OBJECTION TO PROOF OF CLAIM NO. NO. 8 FILED BY U WhitbeckBeglis PLLC/Whitbeck Bennett

Upon consideration of the objection of the Debtor to Proof of Claim No. 8, and there being no response thereto after due service, and it appearing that the claim should be disallowed, it is hereby ORDERED that the objection to Claim No. 8 is SUSTAINED, and that said claim is hereby DISALLOWED.

Dated: Nov 25 2025

/s/ Klinette H Kindred
Judge, U.S. Bankruptcy Court

Entered on Docket: Nov 25 2025

I ASK FOR THIS:

 /s/ Daniel M. Press
Daniel M. Press, VSB 37123
CHUNG & PRESS, P.C,
6718 Whittier Ave., Suite 200
McLean, VA 22101
(703) 734-3800
Counsel for the Debtor

Daniel M. Press, VSB# 37123
Chung & Press, P.C.
6718 Whittier Ave., Suite 200
McLean, VA 22101
(703) 734-3800
Counsel for Debtor

<u>Local Rule 9022-1(C) Certification</u>

The foregoing Order was endorsed by and/or served upon all necessary parties pursuant to Local Rule 9022-1(C).

                                                               __/s/Daniel M. Press___
                                                               Daniel M. Press

Copies to:
Counsel for Debtor (by CM/ECF)
Chapter 13 Trustee (by CM/ECF)

Robert D. Moreton
WhitbeckBeglis PLLC
120 Edwards Ferry Rd NE
Leesburg, VA 20176