**United States Bankruptcy Court**
**Eastern District of Virginia**
Alexandria Division
200 South Washington Street
Alexandria, VA 22314

**Case Number**   25−11590−KHK
**Chapter**   13

**In re:**

David Laurence Long
42666 Frontier Dr
Ashburn, VA 20148

SSN: xxx−xx−9028                                          EIN: NA

**NOTICE OF CONFIRMATION OF CHAPTER 13 PLAN OR**
**AMENDED/MODIFIED CHAPTER 13 PLAN**

Notice is hereby given of the entry of an order of this court on December 11, 2025, confirming the Chapter 13 Plan or Amended/Modified Plan filed by the debtor(s) in this case.

The original order is on file in the Clerk's Office.

Dated:   December 11, 2025                     For the Court,

                                               Charri S Stewart, Clerk
[ntcConfCh13PlanvNov2020.jsp]                  United States Bankruptcy Court

United States Bankruptcy Court

Eastern District of Virginia

In re:     Case No. 25-11590-KHK

David Laurence Long     Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0422-9     User: LaurenLaf     Page 1 of 3

Date Rcvd: Dec 11, 2025     Form ID: ntc13cfp     Total Noticed: 41

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 13, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | David Laurence Long, 42666 Frontier Dr, Ashburn, VA 20148-7207 |
| cr | + | Brambleton Community Association, c/o Chadwick, Washington, et al., 3201 Jermantown Road, Suite 600, Fairfax, VA 22030 UNITED STATES 22030-2879 |
| 16791624 | + | Brambleton Community Assn, c/o Chadwick Washington, 3201 Jermantown Rd #600, Fairfax, VA 22030-2879 |
| 16791625 | + | Brigitte Long, 10914 Ted Barclay Ln, Bristow, VA 20136-1396 |
| 16861117 | + | County of Loudoun, Virginia, Attn: Tina P. Estevao, Sr Asst County At, 1 Harrison Street, SE, Leesburg, Virginia 20175-3102 |
| 16791630 | + | Loudoun County Treasurer, PO Box 1000, Leesburg, VA 20177-1000 |
| 16791634 | + | NOVEC, PO Box 34734, Alexandria, VA 22334-0734 |
| 16791643 | + | Whitbeck Bennett, 120 Edwards Ferry Rd NE, Leesburg, VA 20176-2340 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: bankruptcy@dss.virginia.gov | Dec 12 2025 01:21:00 | Commonwealth of Virginia, Dept. of Social Services, P.O. Box 71900, Henrico, VA 23255-1900 |
| cr | + | Email/Text: nicole.rodriguez@loudoun.gov | Dec 12 2025 01:21:00 | County of Loudoun, VA, c/o Tina Estevao, PO Box 7000, Leesburg, va 20177-7000, UNITED STATES 20177-7000 |
| cr | | Email/Text: BankruptcyECFMail@mccalla.com | Dec 12 2025 01:21:00 | US Bank Trust National Association, not in its ind, c/o McCalla Raymer Leibert Pierce, LLP, Bankruptcy Department, 1544 Old Alabama Road, Roswell, GA 30076 |
| cr | + | Email/Text: mtgbk@shellpointmtg.com | Dec 12 2025 01:20:00 | NewRez LLC d/b/a Shellpoint Mortgage Servicing, PO Box 10826, Greenville, SC 29603-0826, UNITED STATES 29603-0826 |
| 16794065 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Dec 12 2025 01:17:30 | Ally Bank, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 16791622 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Dec 12 2025 01:18:08 | Ally Bank, P.O. Box 9222, Old Bethpage, NY 11804-9222 |
| 16791623 | + | Email/PDF: resurgentbknotifications@resurgent.com | Dec 12 2025 01:18:29 | Ashley Funding, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 16794092 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 12 2025 01:18:14 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 16791626 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 12 2025 01:18:25 | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 16804611 | + | Email/PDF: ebn_ais@aisinfo.com | Dec 12 2025 01:17:59 | Capital One, N.A., by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 16907298 | + | Email/Text: va_tax_bk@harriscollect.com | Dec 12 2025 01:22:00 | Commonwealth of Virginia Department of Taxation, Department of Taxation, PO BOX 2156, |

| Recip ID | Notice Type | Date/Time | Recipient |
|---|---|---|---|
| | | | Richmond, VA 23218-2156 |
| 16848987 | Email/Text: mtgbk@shellpointmtg.com | Dec 12 2025 01:20:00 | Deutsche Bank National Trust Company, c/o NewRez LLC d/b/a Shellpoint Mortgage, PO Box 10826, Greenville, South Carolina 29603-0826 |
| 16791627 + | Email/Text: sbse.cio.bnc.mail@irs.gov | Dec 12 2025 01:21:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 16791628 | Email/Text: JCAP_BNC_Notices@jcap.com | Dec 12 2025 01:22:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud, MN 56302 |
| 16791629 | Email/Text: logsecf@logs.com | Dec 12 2025 01:21:00 | LOGS Legal Group LLP, 10130 Perimeter Parkway Ste 400, Charlotte, NC 28216 |
| 16791631 + | Email/Text: dguntle@loudounwater.org | Dec 12 2025 01:22:00 | Loudoun Water, PO Box 4000, 44865 Loudoun Water Way, Ashburn, VA 20147-6109 |
| 16795869 | Email/Text: BankruptcyECFMail@mccalla.com | Dec 12 2025 01:21:00 | US Bank Trust National Association, c/o McCalla Raymer Leibert Pierce, LLP, Bankruptcy Department, 1544 Old Alabama Road, Roswell, GA 30076 |
| 16791632 + | Email/Text: rcpsbankruptcynotices@parallon.com | Dec 12 2025 01:22:00 | Medicredit, PO Box 505600, Saint Louis, MO 63150-5600 |
| 16893302 | Email/PDF: MerrickBKNotifications@Resurgent.com | Dec 12 2025 01:18:08 | Merrick Bank, PO Box 10368, Greenville, SC 29603-0368 |
| 16791633 + | Email/Text: bankruptcydpt@mcmcg.com | Dec 12 2025 01:22:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 16798450 | Email/Text: mtgbk@shellpointmtg.com | Dec 12 2025 01:20:00 | NewRez LLC d/b/a Shellpoint Mortgage Servicing, PO Box 10826,, Greenville, South Carolina 29603-0826 |
| 16853993 | Email/Text: bkrgeneric@penfed.org | Dec 12 2025 01:20:00 | Pentagon Federal Credit Union, PO Box 1432, Alexandria, VA 22313-2032 |
| 16791635 + | Email/Text: bkrgeneric@penfed.org | Dec 12 2025 01:20:00 | PenFed Credit Union, Box 1432, Alexandria, VA 22313-1432 |
| 16791636 + | Email/PDF: ais.fpc.ebn@aisinfo.com | Dec 12 2025 01:18:12 | Premier Bankcard, LLC, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 16791637 + | Email/Text: mtgbk@shellpointmtg.com | Dec 12 2025 01:20:00 | Shellpoint Mortgage, PO Box 10826, Greenville, SC 29603-0826 |
| 16794067 + | Email/PDF: resurgentbknotifications@resurgent.com | Dec 12 2025 01:18:29 | Stone Springs Hospital Center, Resurgent Capital Services, PO Box 1927, Greenville, SC 29602-1927 |
| 16791638 + | Email/PDF: HCABKNotifications@resurgent.com | Dec 12 2025 01:17:55 | StoneSprings Hospital Center, 24440 Stone Springs Blvd, Sterling, VA 20166-2247 |
| 16852812 | Email/Text: mtgbk@shellpointmtg.com | Dec 12 2025 01:20:00 | US Bank Trust National Association, et al., NewRez LLC, et al., Bankruptcy Department, PO Box 10826, Greenville SC 29603-0826 |
| 16791639 + | Email/Text: bankruptcy@dss.virginia.gov | Dec 12 2025 01:21:00 | VA Department of Social Serv, Division of Child Suppt Enf., PO Box 71900, Henrico, VA 23255-1900 |
| 16791640 + | Email/Text: va_tax_bk@harriscollect.com | Dec 12 2025 01:22:00 | Va Dept of Taxation, PO Box 1115, Richmond, VA 23218-1115 |
| 16791641 + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Dec 12 2025 01:20:00 | Verizon Wireless, 500 Technology Drive Suite 550, Saint Charles, MO 63304-2225 |
| 16821523 + | Email/Text: Bankruptcy@washgas.com | Dec 12 2025 01:22:00 | Washington Gas, 6801 Industrial Rd 117 B, Springfield, VA 22151-4205 |
| 16791642 + | Email/Text: Bankruptcy@washgas.com | Dec 12 2025 01:22:00 | Washington Gas, 6801 Industrial Rd, Springfield, VA 22151-4205 |

TOTAL: 33

District/off: 0422-9 User: LaurenLaf Page 3 of 3
Date Rcvd: Dec 11, 2025 Form ID: ntc13cfp Total Noticed: 41

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | * | Merrick Bank, PO Box 10368, Greenville, SC 29603-0368 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 13, 2025    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 11, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew Todd Rich | on behalf of Creditor Commonwealth of Virginia Dept. of Social Services, Division of Child Support Enforcement trich@oag.state.va.us, bankruptcy@dss.virginia.gov |
| Bradley M. Barna | on behalf of Creditor Brambleton Community Association bbarna@chadwickwashington.com |
| Daniel M. Press | on behalf of Debtor David Laurence Long dpress@chung-press.com pressdm@gmail.com;danpress@recap.email |
| Elizabeth H. Parrott | on behalf of Creditor US Bank Trust National Association not in its individual capacity, but solely as Delaware trustee for GS Mortgage-Backed Securities Trust 2025-SJ1 Elizabeth.Parrott@mccalla.com, mccallaecf@ecf.courtdrive.com |
| Maria A. Tsagaris | on behalf of Creditor US Bank Trust National Association not in its individual capacity, but solely as Delaware trustee for GS Mortgage-Backed Securities Trust 2025-SJ1 maria.tsagaris@mccalla.com, mccallaecf@ecf.courtdrive.com |
| Matthew W. Cheney | ustpregion04.ax.ecf@usdoj.gov |
| Paul Wilfred Cervenka | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing paul.cervenka@bonialpc.com Notices.Bonial@ecf.courtdrive.com |
| Radostina Petkova Estevao | on behalf of Creditor County of Loudoun VA tina.estevao@loudoun.gov |
| Thomas P. Gorman | ch13alex@gmail.com tgorman26@gmail.com |

TOTAL: 9