**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

**In re:  David Laurence Long**                                **Case No. 25-11590-KHK**
   **42666 Frontier Dr.**                                       **Chapter 13**
   **Ashburn, VA 20148**
            **xxx-xx-9028**
            **Debtor.**

## NOTICE OF MOTION AND NOTICE OF HEARING

PLEASE TAKE NOTICE that the Commonwealth of Virginia, Department of Social Services, Division of Child Support Enforcement (the "Division") by counsel, has filed a Motion to Dismiss Case (the "Motion").

**Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)**

If you do not wish the court to grant the relief sought in the Motion, or if you want the court to consider your views on the Motion, then no later than 21 days after the service of this Motion, you or your attorney must:

-   File with the court, at the address below, a written response pursuant Local Bankruptcy Rule 9013-1(H).  If you mail your response to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above.

>   Clerk of the Court
>   United States Bankruptcy Court
>   200 S. Washington St.
>   Alexandria, VA 22314-5405

-   A copy of any response must be mailed to the following persons:

>   Andrew Todd Rich, Esquire
>   Assistant Attorney General
>   Division of Child Support Enforcement
>   P.O. Box 71900
>   Henrico, VA 23255

Andrew Todd Rich, VSB No. 74296
Assistant Attorney General
Division of Child Support Enforcement
P.O. Box 71900
Henrico, VA 23255
804-659-7850
todd.rich@dss.virginia.gov

Thomas P. Gorman
1414 Prince St.
Ste. 202
Alexandria, VA 22314

Matthew W. Cheney
Office of the U.S. Trustee - Region 4
1725 Duke Street
Suite 650
Alexandria, VA 22314

- Attend the hearing to be held on **August 27, 2026 at 1:30 p.m.** in Judge Kindred's Courtroom, 200 S. Washington Street, 3rd Floor, Courtroom III, Alexandria, VA.

- **If no timely response has been filed opposing the relief requested, the court may grant the relief without holding a hearing.**

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.

2

## Certificate of Service

I hereby certify that on the 14th day of July 2026, I electronically filed the foregoing Notice with the Clerk of Court using the CM/ECF system, which provides electronic notice of such filing to all parties that receive notice in this matter including the following:

Daniel M. Press, Esq.
*Counsel for the Debtor*

Thomas P. Gorman, Esq.
*Chapter 13 Trustee*

and to be sent by first class mail, postage prepaid, to the following non-CM/ECF participant:

David Laurence Long
42666 Frontier Dr.
Ashburn, VA 20148


 /s/ Andrew Todd Rich
Assistant Attorney General

3