# UNITED STATES BANKRUPTCY COURT
## FOR THE
## EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

In the Matter of:

DAVID LAURENCE LONG

                  DEBTOR

NEWREZ LLC D/B/A SHELLPOINT

                  Movant

     v.

David Laurence Long
and
Thomas P. Gorman, Trustee,

Chapter 13

Case No. 25-11590-KHK

## ANSWER AND REPORT OF TRUSTEE
## TO RELIEF FROM STAY MOTION

Thomas P. Gorman, Trustee, responds to the Motion for Relief from Stay filed by NewRez LLC by stating that if the allegations contained therein that Debtor is in arrears on his post-petition mortgage obligations are proven, admitted or found to be true[1], he would have no opposition to the granting of relief from stay to Movant.

AND HAVING FULLY ANSWERED, your Trustee prays for such disposition of this Motion as to this Court seems just.

Date:   July 20, 2026

                       __/s/ Thomas P. Gorman_____
                          Thomas P. Gorman
                          Chapter 13 Trustee
                          1414 Prince Street, Suite 202
                          Alexandria, VA 22314
                          (703) 836-2226
                          VSB 26421

---

[1] The Motion for relief from stay alleges that Debtor has made only one of the eleven post-petition payments that have come due in this case. This case is Debtor's fourth attempt at Chapter 13 since receiving his discharge in Case #19-13938 on March 20, 2020.

**ANSWER & REPORT OF TRUSTEE, PAGE 2**
**CASE #25-11590-KHK**


## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Answer & Report of Trustee was served via ECF to authorized users or mailed to counsel for the Movant and counsel for the Debtor, or to Debtor Pro Se, this 20th day of July, 2026.


/s/ Thomas P. Gorman_____
Thomas P. Gorman