UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

In re                                                    )
                                                         )
David Laurence Long                                      )
                                                         )      No. 25-11590-KHK
          Debtor.                                        )      Chapter 13
                                                         )
_____                    )

## RESPONSE TO MOTION FOR RELIEF FROM STAY

COMES NOW the Debtor, David Laurence Long, by counsel, and in response to the Motion for Relief from Stay filed by NEWREZ, LLC (Doc. #57) states as follows:

1.    Debtor admits Paragraph 1.

2.    Debtor admits Paragraph 2.

3.    Debtor admits Paragraph 3.

4.    Debtor admits Paragraph 4.

5.    Debtor admits Paragraph 5.

6.    Debtor admits Paragraph 6.

7.    Debtor lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 7 and therefore denies the same and demands strict proof thereof.

8.    Debtor lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 8 and therefore denies the same and demands strict proof thereof.

9.    Denied.

10.   Denied.

11.   Denied.

12.   Admitted that it is attached but denied that it is accurate.

13.   Denied.

14.   Denied.

Debtor further denies each and every allegation not expressly admitted, and denies that Movant is entitled to the relief requested, or any relief.

Separate and Affirmative Defenses

1.      The property at issue is necessary to an effective reorganization.

2.      Movant is adequately protected, including by a substantial equity cushion.

WHEREFORE the Debtor respectfully requests that the Motion be denied.

        Dated: August 4, 2026.

                                        Respectfully submitted,

                                        __/s/ Daniel M. Press _____ ___
                                        Daniel M. Press, VSB# 37123
                                        CHUNG & PRESS, P.C.
                                        6718 Whittier Avenue, Suite 200
                                        McLean, Virginia 22101
                                        (703) 734-3800
                                        dpress@chung-press.com
                                        Counsel for Debtor


                        CERTIFICATE OF SERVICE

        This is to certify that on this 4th day of August, 2026, I caused the foregoing Response to be served by CM/ECF on counsel for the Movant and the Chapter 13 Trustee.

                                        __/s/ Daniel M. Press _____ ___
                                        Daniel M. Press

2