UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | | |
|---|---|---|
| In re | ) | |
| | ) | |
| David Laurence Long | ) | |
| | ) | No. 25-11590-KHK |
| Debtor. | ) | Chapter 13 |
| | ) | |

## RESPONSE TO MOTION TO DISMISS

COME NOW the Debtor, David Laurence Long, by counsel, and responds as follows to the Motion to Dismiss filed by the Division of Child Support Enforcement.

A.

    1.    Admitted.

    2.    Admitted.

    3.    Admitted.

    4.    Admitted.

    5.    Admitted.

B.

    1.  Admitted.

    2.  Admitted.

    3.  Denied.

    4.  Denied.

    5.  Denied.

    6.  Denied.  Debtor further states that dismissal is not mandatory even if cause is found to exist.

Accordingly, the motion to dismiss should be denied.

.

Dated:  August 4, 2026.

Respectfully submitted,

    /s/ Daniel M. Press
Daniel M. Press, VSB# 37123
CHUNG & PRESS, P.C.
6718 Whittier Avenue, Suite 200
McLean, Virginia 22101
(703) 734-3800
dpress@chung-press.com
Counsel for Debtor

CERTIFICATE OF SERVICE

This is to certify that on this 4th day of August, 2026, I caused the foregoing Response to be served by CM/ECF on the Chapter 13 Trustee and counsel for the Movant.

    /s/ Daniel M. Press
Daniel M. Press