# UNITED STATES BANKRUPTCY COURT

## FOR THE

## EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

In the Matter of:

DAVID LAURENCE LONG

          Debtor

Chapter 13

Case No. 25-11590-KHK

## TRUSTEE'S CERTIFICATION OF DEFAULT AND REQUEST FOR ENTRY OF ORDER OF CONVERSION

Thomas P. Gorman, Trustee, hereby certifies Debtor's default under this Court's Order Confirming Plan (Dkt. #50), and states in support thereof the following:

1. The Petition herein was filed on August 5, 2025.

2. In Order to resolve Trustee's Motion to Dismiss, an Order Confirming Plan (Dkt. #50) was entered on December 11, 2025, which provided in pertinent part, as follows: .

   *(9) This case shall be converted to one under Chapter 7 upon Trustee's Certification, filed with the Court, of any Plan default of more than 30 days duration. Upon the filing of a Certification of Default, the Court will enter an Order of Conversion unless Debtor has, within seven (7) days of its filing, filed a Motion for Voluntary Dismissal. In the event the Court will enter an Order of Dismissal with a bar to Debtor's refiling bankruptcy for a period of one(1) year.*

3. Debtor has defaulted on his obligations under the confirmed Plan in that he has not made a Plan payment to Trustee since May 26, 2026, and is $6,360.00 in arrears, through the July, 2026 Plan payment.[1] A copy of Trustee's Interim Report is attached.

---

[1] Additionally, A motion for Relief from Stay has been filed (Dkt. #57) that alleges Debtor has not been making post-petition mortgage payments that are his responsibility under Section 6A of the Plan.

**Trustee's Certification of Default and Request for Entry of Order of Conversion**
David Laurence Long, Case # 25-11590-KHK

WHEREFORE, Trustee prays for entry of an Order of Conversion.

Date: _August 4, 2026 _____              ___/s/ Thomas P. Gorman_____
                                          Thomas P. Gorman
                                          Chapter 13 Trustee
                                          1414 Prince Street, Suite 202
                                          Alexandria, VA 22314
                                          (703) 836-2226
                                          VSB 26421

## CERTIFICATE OF SERVICE

I hereby certify that I have this 4th day of August, 2026, mailed a true copy of the foregoing Trustee's Certification of Default and Request for Entry of Order of Conversion to the following parties.

David Laurence Long            Daniel M. Press, Esquire
Chapter 13 Debtor              Attorney for Debtor
42666 Frontier Dr              Chung & Press, P.C.
Ashburn, VA 20148              6718 Whittier Ave. Ste. 200
                               Mclean, VA 22101


                               __/s/ Thomas P. Gorman_____
                               Thomas P. Gorman

Thomas P. Gorman, Standing Chapter 13 Trustee
INTERIM STATEMENT AS OF 08/04/2026

CASE NO: 25-11590-KHK

STATUS:  ACTIVE

DEBTOR:  XXX-XX-9028
LONG, DAVID LAURENCE

AKA:

DATE FILED: 08/05/2025

CONFIRMED: 12/11/2025

LATEST 341: 09/09/2025

PERCENTAGE:  100.000

PLAN: 60 MONTHS

1st PAYMENT DUE:  09/2025

ON SCHEDULE:      25,740.00

ACTUAL PAYMENTS:  19,380.00

AMOUNT BEHIND:    6,360.00

42666 FRONTIER DR
ASHBURN, VA 20148

ATTORNEY: DANIEL M. PRESS, ESQUIRE
CHUNG & PRESS, P.C.
6718 WHITTIER AVE. STE. 200

MCLEAN, VA 22101
Phone:703 734-3800 Fax:

SCHEDULE:    3,180.00 MONTHLY
TOTAL PAID:       19,380.00

LAST 12 TRANSACTIONS

| Date | Source | Amount |
|---|---|---|
| 05/26/26 | CC/NAVY FCU | 3,180.00 |
| 04/28/26 | CC/NAVY FCU | 3,180.00 |
| 03/16/26 | CC/NAVY FCU | 3,180.00 |
| 02/10/26 | CC/NAVY FCU | 3,180.00 |
| 01/05/26 | CC/NAVY FCU | 3,180.00 |
| 12/12/25 | PC | 3,180.00 |
| 10/28/25 | PC | 200.00 |
| 09/26/25 | MO | 100.00 |

## PLAN AND FILED CLAIMS

| CLAIM NO | CRED NO | CREDITOR NAME / CLAIM REMARK | DISB CODE / LAST DISB | CLASS / PAY% | INT. BEGIN / INT. RATE | FIX PAY / ARREARS | ORG. CLAIM / SCHED AMT | APPROVED / TO BE PAID | PRIN. PAID / INT. PAID | PRIN. DUE / INT. DUE |
|---|---|---|---|---|---|---|---|---|---|---|
| 001 | 353120 | BRIGITTE LONG | PRO 06/2026 | PRI 100.00 | | 0.00 0.00 | 4,204.60 4,204.60 | 4,204.60 4,204.60 | 3,280.13 0.00 | 924.47 0.00 |
| 001A | 353261 | TREASURER OF VIRGINIA | PRO 06/2026 | PRI 100.00 | | 0.00 0.00 | 11,680.72 10,022.77 | 11,680.72 11,680.72 | 9,112.45 0.00 | 2,568.27 0.00 |
| 002 | IRS* | INTERNAL REVENUE SERVICE | PRO | PRI 100.00 | | 0.00 0.00 | 37,914.63 37,914.63 | 37,914.63 37,914.63 | 0.00 0.00 | 37,914.63 0.00 |
| 002 | IRS* | INTERNAL REVENUE SERVICE Split Claim | PRO | UNS 100.00 | | 0.00 0.00 | 9,609.13 9,609.13 | 9,609.13 9,609.13 | 0.00 0.00 | 9,609.13 0.00 |
| 003 | VATAX | VIRGINIA DEPT. OF TAXATION | PRO | UNS 100.00 | | 0.00 0.00 | 4,060.99 4,060.99 | 4,060.99 4,060.99 | 0.00 0.00 | 4,060.99 0.00 |
| 003 | VATAX | VIRGINIA DEPT. OF TAXATION | PRO | PRI 100.00 | | 0.00 0.00 | 227.38 455.67 | 227.38 227.38 | 0.00 0.00 | 227.38 0.00 |
| 004 | 325041 | TREASURER, COUNTY OF LOUDOUN | PRO | PRI 100.00 | | 0.00 0.00 | 310.58 310.58 | 310.58 310.58 | 0.00 0.00 | 310.58 0.00 |
| 004 | 325041 | TREASURER, COUNTY OF LOUDOUN | FIX | SEC 100.00 | 10/24/2025 10.0000 | 85.00 1,020.00 | 3,909.35 3,665.82 | 3,909.35 3,909.35 | 0.00 0.00 | 3,909.35 334.21 |
| 005 | 309941 | PENTAGON FEDERAL CREDIT UNION | FIX | SEC 100.00 | | 47.59 523.49 | 2,855.22 2,855.22 | 2,855.22 2,855.22 | 0.00 0.00 | 2,855.22 0.00 |
| 006 | 351947 | NEWREZ LLC | FIX | SEC 100.00 | | 1,098.62 12,084.82 | 65,917.04 65,917.04 | 65,917.04 65,917.04 | 0.00 0.00 | 65,917.04 0.00 |
| 007 | 351947 | NEWREZ LLC | FIX | SEC 100.00 | | 72.79 800.69 | 4,367.10 4,367.10 | 4,367.10 4,367.10 | 0.00 0.00 | 4,367.10 0.00 |
| 008 | 321970 | MERRICK BANK | PRO | UNS 100.00 | | 0.00 0.00 | 638.48 638.00 | 638.48 638.48 | 0.00 0.00 | 638.48 0.00 |
| 009 | 318622 | ASHLEY FUNDING SERVICES, LLC | PRO | UNS 100.00 | | 0.00 0.00 | 34.90 34.90 | 34.90 34.90 | 0.00 0.00 | 34.90 0.00 |
| 010 | 316968 | BRAMBLETON COMMUNITY ASSOC. SECURED PORTION OF HOA CLAIM | FIX | SEC 100.00 | 10/24/2025 8.5000 | 126.92 1,396.12 | 6,186.26 6,186.26 | 6,186.26 6,186.26 | 0.00 0.00 | 6,186.26 449.51 |
| 010 | 316968 | BRAMBLETON COMMUNITY ASSOC. | PRO | UNS 100.00 | | 0.00 0.00 | 2,762.24 3,692.48 | 2,762.24 2,762.24 | 0.00 0.00 | 2,762.24 0.00 |
| 011 | 349793 | CAPITAL ONE BANK USA, N.A. | PRO | UNS 100.00 | | 0.00 0.00 | 430.47 430.00 | 430.47 430.47 | 0.00 0.00 | 430.47 0.00 |
| 012 | 320436 | LOUDOUN WATER | PRO | UNS 100.00 | | 0.00 0.00 | 0.00 412.50 | 0.00 0.00 | 0.00 0.00 | Not Filed |
| 013 | 350550 | MIDLAND CREDIT MANAGEMENT INC | PRO | UNS 100.00 | | 0.00 0.00 | 0.00 605.92 | 0.00 0.00 | 0.00 0.00 | Not Filed |
| 014 | 354840 | NOVEC | PRO | UNS 100.00 | | 0.00 0.00 | 0.00 264.05 | 0.00 0.00 | 0.00 0.00 | Not Filed |
| 015 | 343612 | JEFFERSON CAPITAL SYSTEMS, LLC | PRO | UNS 100.00 | | 0.00 0.00 | 879.71 879.71 | 879.71 879.71 | 0.00 0.00 | 879.71 0.00 |
| 016 | 345372 | STONE SPRINGS HOSPITAL CENTER | PRO | UNS 100.00 | | 0.00 0.00 | 1,010.00 1,010.00 | 1,010.00 1,010.00 | 0.00 0.00 | 1,010.00 0.00 |
| 017 | 346218 | VERIZON | PRO | UNS 100.00 | | 0.00 0.00 | 0.00 215.00 | 0.00 0.00 | 0.00 0.00 | Not Filed |

** Creditor has not filed a Proof of Claim. Accumulated funds will be released to other creditors if no claim is filed with the U.S. Bankruptcy Court

by the date of the scheduled Chapter 13 Review Meeting.

Claims with an A code in the DISB/CODE column are placed on hold and need to be resolved.  NO disbursements are being made to the creditor.

This is a progress report only and should not be used to calculate a payoff.

Case Power® 14.5

Thomas P. Gorman, Standing Chapter 13 Trustee
INTERIM STATEMENT AS OF 08/04/2026

CASE NO: 25-11590-KHK

STATUS: ACTIVE

DEBTOR:  XXX-XX-9028

LONG, DAVID LAURENCE

SCHEDULE:   3,180.00 MONTHLY

## PLAN AND FILED CLAIMS

| CLAIM NO | CRED NO | CREDITOR NAME / CLAIM REMARK | DISB CODE / LAST DISB | CLASS / PAY% | INT. BEGIN / INT. RATE | FIX PAY ARREARS | ORG. CLAIM / SCHED AMT | APPROVED TO BE PAID | PRIN. PAID / INT. PAID | PRIN. DUE / INT. DUE |
|---|---|---|---|---|---|---|---|---|---|---|
| 018 | 352908 | WASHINGTON GAS | PRO | UNS / 100.00 | | 0.00 / 0.00 | 1,633.53 / 682.00 | 1,633.53 / 1,633.53 | 0.00 / 0.00 | 1,633.53 / 0.00 |
| 019 | 357614 | WHITBECKBEGLIS, PLLC / CLAIM DISALLOWED 11/25/25 | PRO-I | UNS / 100.00 | | 0.00 / 0.00 | 20,867.50 / 0.00 | 0.00 / 0.00 | 0.00 / 0.00 | Closed / 0.00 |
| 020 | 309941 | PENTAGON FEDERAL CREDIT UNION / UNLISTED - NO RESP - ALLOW & PAY | PRO | UNS / 100.00 | | 0.00 / 0.00 | 1,374.81 / 0.00 | 1,374.81 / 1,374.81 | 0.00 / 0.00 | 1,374.81 / 0.00 |
| 799 | 264693 | DANIEL M. PRESS, ESQUIRE | PRO / 06/2026 | ATY / 100.00 | | 0.00 / 0.00 | 6,712.00 / 6,750.00 | 6,712.00 / 6,712.00 | 5,236.22 / 0.00 | 1,475.78 / 0.00 |
| | | Trustee Administrative Fees | | | | | | 1,741.20 | 1,741.20 | |
| | | | | | TOTALS: | 1,430.92 / 15,825.12 | 166,719.14 / 165,184.37 | 168,460.34 / 168,460.34 | 19,370.00 / 0.00 | 149,090.34 / 783.72 |

| | ADMIN | ATTORNEY | PRIORITY | SECURED | UNSECURED | OTHER | | |
|---|---|---|---|---|---|---|---|---|
| SCHED AMOUNT: | 0.00 | 6,750.00 | 52,908.25 | 82,991.44 | 22,534.68 | 0.00 | | |
| CLAIM AMOUNT: | 0.00 | 6,712.00 | 54,337.91 | 83,234.97 | 22,434.26 | 0.00 | | |
| PAID BY TRUSTEE: | 0.00 | 5,236.22 | 12,392.58 | 0.00 | 0.00 | 0.00 | | |
| PAID BY 3rd PARTY: | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | |
| SUB TOTAL: | 0.00 | 1,475.78 | 41,945.33 | 83,234.97 | 22,434.26 | 0.00 | DUE CREDITORS: | 149,874.06 |
| INTEREST DUE: | 0.00 | 0.00 | 0.00 | 783.72 | 0.00 | 0.00 | EXPECTED ADMIN: | 5,435.48 |
| CONTINUING: | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | LESS AVAILABLE: | 10.00 |
| BALANCE DUE: | 0.00 | 1,475.78 | 41,945.33 | 84,018.69 | 22,434.26 | 0.00 | APPROX BALANCE: | 155,299.54 |

** Creditor has not filed a Proof of Claim. Accumulated funds will be released to other creditors if no claim is filed with the U.S. Bankruptcy Court
by the date of the scheduled Chapter 13 Review Meeting.

Claims with an A code in the DISB/CODE column are placed on hold and need to be resolved.  NO disbursements are being made to the creditor.

This is a progress report only and should not be used to calculate a payoff.

Case Power® 14.5