**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | |
|---|---|
| In re:  **David Laurence Long** | **Case No. 25-11590-KHK** |
| **42666 Frontier Dr.** | **Chapter 13** |
| **Ashburn, VA 20148** | |
| **xxx-xx-9028** | |
| **Debtor.** | |

**NOTICE OF INTENT TO RELY UPON**
**AFFIDAVIT OF RECORDS CUSTODIAN CERTIFYING RECORDS**
**PURSUANT TO FEDERAL RULES OF EVIDENCE 803(6), 902(11), and 28 U.S.C. §1746**

COMES NOW, the Division of Child Support Enforcement, by Counsel, and pursuant to Federal Rule of Evidence 902(11) hereby gives NOTICE to the Debtor, by counsel, of the intent to rely upon an affidavit from the records custodian to certify the authenticity of the business records attached.

Dated: August 11, 2026

COMMONWEALTH OF VIRGINIA,
DEPARTMENT OF SOCIAL SERVICES,
DIVISION OF CHILD SUPPORT ENFORCEMENT


/s/ Andrew Todd Rich
Andrew Todd Rich, VSB No. 74296
Assistant Attorney General
Dept. of Social Services
Division of Child Support Enforcement
P.O. Box 71900
Henrico, VA 23255
804-659-7850
todd.rich@dss.virginia.gov

Andrew Todd Rich, VSB No. 74296
Assistant Attorney General
Division of Child Support Enforcement
P.O. Box 71900
Henrico, VA 23255
804-659-7850
todd.rich@dss.virginia.gov

## **Certificate of Service**

I hereby certify that on the 11th day of August 2026, I electronically filed the foregoing Notice and Affidavit with the Clerk of Court using the CM/ECF system, which provides electronic notice of such filing to all parties that receive notice in this matter including the following:

Daniel M. Press, Esq.
Counsel for the Debtor

Thomas P. Gorman, Esq.
Chapter 13 Trustee

and to be sent by first class mail, postage prepaid, to the following non-CM/ECF participant:

David Laurence Long
42666 Frontier Dr.
Ashburn, VA 20148

 /s/ Andrew Todd Rich
Assistant Attorney General

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

In re:  **David Laurence Long**                          **Case No. 25-11590-KHK**
        **42666 Frontier Dr.**                            **Chapter 13**
        **Ashburn, VA 20148**
        **xxx-xx-9028**
        **Debtor.**

**AFFIDAVIT OF RECORDS CUSTODIAN CERTIFYING RECORDS**
**PURSUANT TO FEDERAL RULES OF EVIDENCE 803(6), 902(11), and 28 U.S.C. §1746**

1. I, Charlotte McAdams, am the duly authorized custodian of the records for the Division of Child Support Enforcement (the "Division") and in such capacity, I have authority to certify the attached records.

2. The attached records are true copies of all original records maintained by the Division regarding the above referenced individual and the making of the record is a regular practice of the Division.

3. The attached records were kept in the course of the regularly conducted business activity of Division and were prepared as a regular practice and custom.

4. The attached records were prepared by the personnel of the Division in the ordinary course of business at or near the time of the act, condition, diagnosis, or event, reported thereon, and by a person or persons with knowledge of and a business duty to record or transmit those matters.

I, Charlotte McAdams, declare under penalty of perjury under the laws of the United States of America that the foregoing is true and accurate.

_____        DATE _____ 8/5/2026 _____
CHARLOTTE MCADAMS

IN THE CITY/COUNTY of _Henrico_____,
COMMONWEALTH OF VIRGINIA

The foregoing instrument was acknowledged before me this _5_ day of _8/Aug_ 20_26_ by Charlotte McAdams

_____
Notary Public
My commission expires: _12/31/30_

> DANIELLE STUBBS GOODMAN
> NOTARY PUBLIC
> Commonwealth of Virginia
> Registration No. 00410466
> My Commission Expires : _12/31/30_

Case 25-11590-KHK    Doc 63    Filed 08/11/26    Entered 08/11/26 13:59:30    Desc Main
Document    Page 4 of 12

**VIRGINIA DEPARTMENT OF SOCIAL SERVICES**

**Division of Child Support Enforcement**
PO BOX 28450
Richmond, VA 23228
http://www.dss.virginia.gov/family/dcse/
1-800-468-8894

## Virginia DCSE Payment Record

August 03, 2026

Case Number:            0005304734

Date Range Selected:    08/03/2023 to 08/03/2026

| | |
|---|---|
| Case Number: | 0005304734 |
| Parent Paying Support: | LONG, DAVID LAURENCE - 0005304747 |
| Parent/Custodian Receiving Support: | LONG, BRIGITTE NICOLE - 0005304744 |
| Last Payment Date: | 07/06/2026 |

### Order Information

| Support Type | Current Support Charge | Charge Frequency | Start Date | Next Charge Date |
|---|---|---|---|---|
| Child Support | 756.00 | MONTHLY | 10/01/2019 | 09/01/2026 |

### Balance Information

| | Owed To | | | Total |
|---|---|---|---|---|
| | Parent/Custodian Receiving Support | Virginia | Other | |
| Arrears | 5,911.38 | 0.00 | 0.00 | 5,911.38 |
| Interest | 807.72 | 0.00 | 0.00 | 807.72 |
| Fees | 0.00 | 0.00 | 0.00 | 0.00 |
| Subtotal | 6,719.10 | 0.00 | 0.00 | 6,719.10 |
| Unpaid Current Support Charge | 756.00 | 0.00 | 0.00 | 756.00 |
| Total | 7,475.10 | 0.00 | 0.00 | 7,475.10 |

**VIRGINIA DEPARTMENT OF SOCIAL SERVICES**

Division of Child Support Enforcement
PO BOX 28450
Richmond, VA 23228
http://www.dss.virginia.gov/family/dcse/
1-800-468-8894

## Virginia DCSE Payment Record

August 03, 2026

Case Number: 0005304734

Date Range Selected: 08/03/2023 to 08/03/2026

### Payment Record Detail

Support Type(s) Selected: Child Support

| Date | Current Support Charge | Payment Amount | Distribution | Unpaid Current Support Charge | Adjustment Amount | Other | Arrears | Interest | Fees | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| 08/03/2026 | | | | 756.00 | | | 5,911.38 | 807.72 | 0.00 | 6,719.10 |
| 08/01/2026 | 756.00 | | | 756.00 | | | | | | 6,719.10 |
| 08/01/2026 | | | | 0.00 | | EOM BAL | 5,911.38 | 807.72 | 0.00 | 6,719.10 |
| 08/01/2026 | | | | | | EOM | | +29.55 | | |
| 07/06/2026 | | 1,495.83 | B | 0.00 | | | -739.83 | | | 6,689.55 |
| 07/01/2026 | 756.00 | | | 756.00 | | | | | | 7,429.38 |
| 07/01/2026 | | | | 0.00 | | EOM BAL | 6,651.21 | 778.17 | 0.00 | 7,429.38 |
| 07/01/2026 | | | | | | EOM | | +33.25 | | |
| 06/04/2026 | | 1,495.83 | B | 0.00 | | | -739.83 | | | 7,396.13 |
| 06/01/2026 | 756.00 | | | 756.00 | | | | | | 8,135.96 |
| 06/01/2026 | | | | 0.00 | | EOM BAL | 7,391.04 | 744.92 | 0.00 | 8,135.96 |
| 06/01/2026 | | | | -756.00 | | EOM | +756.00 | +33.17 | | |
| 05/01/2026 | 756.00 | | | 756.00 | | | | | | 7,346.79 |
| 05/01/2026 | | | | 0.00 | | EOM BAL | 6,635.04 | 711.75 | 0.00 | 7,346.79 |
| 05/01/2026 | | | | | | EOM | | +33.17 | | |
| 04/06/2026 | | 1,495.82 | B | 0.00 | | | -739.82 | | | 7,313.62 |
| 04/01/2026 | 756.00 | | | 756.00 | | | | | | 8,053.44 |
| 04/01/2026 | | | | 0.00 | | EOM BAL | 7,374.86 | 678.58 | 0.00 | 8,053.44 |
| 04/01/2026 | | | | | | EOM | | +36.87 | | |
| 03/11/2026 | | 756.00 | A | | | | -756.00 | | | 8,016.57 |
| 03/05/2026 | | 1,495.83 | B | 0.00 | | | -739.83 | | | 8,772.57 |
| 03/01/2026 | 756.00 | | | 756.00 | | | | | | 9,512.40 |
| 03/01/2026 | | | | 0.00 | | EOM BAL | 8,870.69 | 641.71 | 0.00 | 9,512.40 |

Page 2 of 8

**VIRGINIA DEPARTMENT OF SOCIAL SERVICES**

Division of Child Support Enforcement
PO BOX 28450
Richmond, VA 23228
http://www.dss.virginia.gov/family/dcse/
1-800-468-8894

## Virginia DCSE Payment Record

August 03, 2026

Case Number: 0005304734

Date Range Selected: 08/03/2023 to 08/03/2026

### Payment Record Detail

Support Type(s) Selected: Child Support

| Date | Current Support Charge | Payment Amount | Distribution | Unpaid Current Support Charge | Adjustment Amount | Other | Arrears | Interest | Fees | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| 03/01/2026 | | | | | | EOM | | +44.35 | | |
| 02/05/2026 | | 1,495.82 | B | 0.00 | | | -739.82 | | | 9,468.05 |
| 02/01/2026 | 756.00 | | | 756.00 | | | | | | 10,207.87 |
| 02/01/2026 | | | | 0.00 | | EOM BAL | 9,610.51 | 597.36 | 0.00 | 10,207.87 |
| 02/01/2026 | | | | | | EOM | | +48.05 | | |
| 01/05/2026 | | 2,389.32 | B | 0.00 | | | -1,633.32 | | | 10,159.82 |
| 01/01/2026 | 756.00 | | | 756.00 | | | | | | 11,793.14 |
| 01/01/2026 | | | | 0.00 | | EOM BAL | 11,243.83 | 549.31 | 0.00 | 11,793.14 |
| 01/01/2026 | | | | | | EOM | | +56.21 | | |
| 12/09/2025 | | 756.00 | C | 0.00 | | | | | | 11,736.93 |
| 12/01/2025 | 756.00 | | | 756.00 | | | | | | 11,736.93 |
| 12/01/2025 | | | | 0.00 | | EOM BAL | 11,243.83 | 493.10 | 0.00 | 11,736.93 |
| 12/01/2025 | | | | | | EOM | | +56.21 | | |
| 11/01/2025 | 756.00 | 756.00 | C, D | | | DFEE | | | | 11,680.72 |
| 11/01/2025 | | | | 0.00 | | EOM BAL | 11,243.83 | 436.89 | 0.00 | 11,680.72 |
| 11/01/2025 | | | | -756.00 | | EOM | +756.00 | +52.43 | | |
| 10/01/2025 | 756.00 | | | 756.00 | | | | | | 10,872.29 |
| 10/01/2025 | | | | 0.00 | | EOM BAL | 10,487.83 | 384.46 | 0.00 | 10,872.29 |
| 10/01/2025 | | | | -756.00 | | EOM | +756.00 | +48.65 | | |
| 09/01/2025 | 756.00 | | | 756.00 | | | | | | 10,067.64 |
| 09/01/2025 | | | | 0.00 | | EOM BAL | 9,731.83 | 335.81 | 0.00 | 10,067.64 |
| 09/01/2025 | | | | -756.00 | | EOM | +756.00 | +44.87 | | |
| 08/01/2025 | 756.00 | | | 756.00 | | | | | | 9,266.77 |

Case 25-11590-KHK   Doc 63   Filed 08/11/26   Entered 08/11/26 13:59:30   Desc Main Document   Page 7 of 12

**VIRGINIA DEPARTMENT OF SOCIAL SERVICES**

Division of Child Support Enforcement
PO BOX 28450
Richmond, VA 23228
http://www.dss.virginia.gov/family/dcse/
1-800-468-8894

## Virginia DCSE Payment Record

August 03, 2026

Case Number: 0005304734

Date Range Selected: 08/03/2023 to 08/03/2026

### Payment Record Detail

Support Type(s) Selected: Child Support

| Date | Current Support Charge | Payment Amount | Distribution | Unpaid Current Support Charge | Adjustment Amount | Other | Arrears | Interest | Fees | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| 08/01/2025 | | | | 0.00 | | EOM BAL | 8,975.83 | 290.94 | 0.00 | 9,266.77 |
| 08/01/2025 | | | | | | EOM | | +44.87 | | |
| 07/29/2025 | | 373.94 | B, D | 0.00 | | DFEE | -36.03 | | | 9,221.90 |
| 07/15/2025 | | 418.09 | C | 337.91 | | | | | | 9,257.93 |
| 07/01/2025 | 756.00 | | | 756.00 | | | | | | 9,257.93 |
| 07/01/2025 | | | | 0.00 | | EOM BAL | 9,011.86 | 246.07 | 0.00 | 9,257.93 |
| 07/01/2025 | | | | -756.00 | | EOM | +756.00 | +41.27 | | |
| 06/01/2025 | 756.00 | | | 756.00 | | | | | | 8,460.66 |
| 06/01/2025 | | | | 0.00 | | EOM BAL | 8,255.86 | 204.80 | 0.00 | 8,460.66 |
| 06/01/2025 | | | | -756.00 | | EOM | +756.00 | +37.49 | | |
| 05/01/2025 | 756.00 | | | 756.00 | | | | | | 7,667.17 |
| 05/01/2025 | | | | 0.00 | | EOM BAL | 7,499.86 | 167.31 | 0.00 | 7,667.17 |
| 05/01/2025 | | | | -756.00 | | EOM | +756.00 | +33.71 | | |
| 04/01/2025 | 756.00 | | | 756.00 | | | | | | 6,877.46 |
| 04/01/2025 | | | | 0.00 | | EOM BAL | 6,743.86 | 133.60 | 0.00 | 6,877.46 |
| 04/01/2025 | | | | -756.00 | | EOM | +756.00 | +29.93 | | |
| 03/01/2025 | 756.00 | | | 756.00 | | | | | | 6,091.53 |
| 03/01/2025 | | | | 0.00 | | EOM BAL | 5,987.86 | 103.67 | 0.00 | 6,091.53 |
| 03/01/2025 | | | | -756.00 | | EOM | +756.00 | +26.15 | | |
| 02/01/2025 | 756.00 | | | 756.00 | | | | | | 5,309.38 |
| 02/01/2025 | | | | 0.00 | | EOM BAL | 5,231.86 | 77.52 | 0.00 | 5,309.38 |
| 02/01/2025 | | | | -756.00 | | EOM | +756.00 | +22.37 | | |
| 01/01/2025 | 756.00 | | | 756.00 | | | | | | 4,531.01 |

**VIRGINIA DEPARTMENT OF SOCIAL SERVICES**

Division of Child Support Enforcement
PO BOX 28450
Richmond, VA 23228
http://www.dss.virginia.gov/family/dcse/
1-800-468-8894

## Virginia DCSE Payment Record

August 03, 2026

Case Number:    0005304734

Date Range Selected:    08/03/2023 to 08/03/2026

### Payment Record Detail

Support Type(s) Selected: Child Support

| Date | Current Support Charge | Payment Amount | Distribution | Unpaid Current Support Charge | Adjustment Amount | Other | Arrears | Interest | Fees | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| 01/01/2025 | | | | 0.00 | | EOM BAL | 4,475.86 | 55.15 | 0.00 | 4,531.01 |
| 01/01/2025 | | | | -756.00 | | EOM | +756.00 | +18.59 | | |
| 12/01/2024 | 756.00 | | | 756.00 | | | | | | 3,756.42 |
| 12/01/2024 | | | | 0.00 | | EOM BAL | 3,719.86 | 36.56 | 0.00 | 3,756.42 |
| 12/01/2024 | | | | -756.00 | | EOM | +756.00 | +14.81 | | |
| 11/01/2024 | 756.00 | | | 756.00 | | | | | | 2,985.61 |
| 11/01/2024 | | | | 0.00 | | EOM BAL | 2,963.86 | 21.75 | 0.00 | 2,985.61 |
| 11/01/2024 | | | | -756.00 | | EOM | +756.00 | +11.03 | | |
| 10/01/2024 | 756.00 | | | 756.00 | | | | | | 2,218.58 |
| 10/01/2024 | | | | 0.00 | | EOM BAL | 2,207.86 | 10.72 | 0.00 | 2,218.58 |
| 10/01/2024 | | | | -756.00 | | EOM | +756.00 | +7.25 | | |
| 09/01/2024 | 756.00 | | | 756.00 | | | | | | 1,455.33 |
| 09/01/2024 | | | | 0.00 | | EOM BAL | 1,451.86 | 3.47 | 0.00 | 1,455.33 |
| 09/01/2024 | | | | -756.00 | | EOM | +756.00 | +3.47 | | |
| 08/01/2024 | 756.00 | | | 756.00 | | | | | | 695.86 |
| 08/01/2024 | | | | 0.00 | | EOM BAL | 695.86 | 0.00 | 0.00 | 695.86 |
| 08/01/2024 | | | | -695.86 | | EOM | +695.86 | | | |
| 07/01/2024 | 756.00 | 60.14 | C | 695.86 | | | | | | 0.00 |
| 07/01/2024 | | | | 0.00 | | EOM BAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 06/01/2024 | 756.00 | 756.00 | C | | | | | | | 0.00 |
| 06/01/2024 | | | | 0.00 | | EOM BAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 05/13/2024 | | 715.65 | A, I | | | | -670.40 | -45.25 | | 0.00 |
| 05/08/2024 | | 800.00 | A | | | | -800.00 | | | 715.65 |

**VIRGINIA DEPARTMENT OF SOCIAL SERVICES**

**Division of Child Support Enforcement**
PO BOX 28450
Richmond, VA 23228
http://www.dss.virginia.gov/family/dcse/
1-800-468-8894

## Virginia DCSE Payment Record

August 03, 2026

Case Number: 0005304734

Date Range Selected: 08/03/2023 to 08/03/2026

| | | | | Payment Record Detail | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Support Type(s) Selected: Child Support | | | | | Transactions | | Balances | | | |
| Date | Current Support Charge | Payment Amount | Distribution | Unpaid Current Support Charge | Adjustment Amount | Other | Arrears | Interest | Fees | Total |
| 05/06/2024 | | 772.14 | B | 0.00 | | | -16.14 | | | 1,515.65 |
| 05/01/2024 | 756.00 | | | 756.00 | | | | | | 1,531.79 |
| 05/01/2024 | | | | 0.00 | | EOM BAL | 1,486.54 | 45.25 | 0.00 | 1,531.79 |
| 05/01/2024 | | | | -756.00 | | EOM | +756.00 | +3.65 | | |
| 04/01/2024 | 756.00 | | | 756.00 | | | | | | 772.14 |
| 04/01/2024 | | | | 0.00 | | EOM BAL | 730.54 | 41.60 | 0.00 | 772.14 |
| 04/01/2024 | | | | | | EOM | | +3.65 | | |
| 03/25/2024 | | 756.00 | A | | | | -756.00 | | | 768.49 |
| 03/04/2024 | | 2,525.10 | B | 0.00 | | | -1,769.10 | | | 1,524.49 |
| 03/01/2024 | 756.00 | | | 756.00 | | | | | | 3,293.59 |
| 03/01/2024 | | | | 0.00 | | EOM BAL | 3,255.64 | 37.95 | 0.00 | 3,293.59 |
| 03/01/2024 | | | | -756.00 | | EOM | +756.00 | +12.49 | | |
| 02/01/2024 | 756.00 | | | 756.00 | | | | | | 2,525.10 |
| 02/01/2024 | | | | 0.00 | | EOM BAL | 2,499.64 | 25.46 | 0.00 | 2,525.10 |
| 02/01/2024 | | | | -756.00 | | EOM | +756.00 | +8.71 | | |
| 01/01/2024 | 756.00 | | | 756.00 | | | | | | 1,760.39 |
| 01/01/2024 | | | | 0.00 | | EOM BAL | 1,743.64 | 16.75 | 0.00 | 1,760.39 |
| 01/01/2024 | | | | -756.00 | | EOM | +756.00 | +4.93 | | |
| 12/01/2023 | 756.00 | | | 756.00 | | | | | | 999.46 |
| 12/01/2023 | | | | 0.00 | | EOM BAL | 987.64 | 11.82 | 0.00 | 999.46 |
| 12/01/2023 | | | | -342.18 | | EOM | +342.18 | +3.22 | | |
| 11/13/2023 | | 348.00 | C, D | 342.18 | | DFEE | | | | 654.06 |
| 11/06/2023 | | 65.82 | C | 690.18 | | | | | | 654.06 |

**VIRGINIA DEPARTMENT OF SOCIAL SERVICES**

Division of Child Support Enforcement
PO BOX 28450
Richmond, VA 23228
http://www.dss.virginia.gov/family/dcse/
1-800-468-8894

## Virginia DCSE Payment Record

August 03, 2026

Case Number:  0005304734

Date Range Selected:  08/03/2023 to 08/03/2026

Case 25-11590-KHK    Doc 63    Filed 08/11/26    Entered 08/11/26 13:59:30    Desc Main Document    Page 10 of 12

| | | | | | Payment Record Detail | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Support Type(s) Selected: Child Support | | | | | Transactions | | Balances | | | |
| Date | Current Support Charge | Payment Amount | Distribution | Unpaid Current Support Charge | Adjustment Amount | Other | Arrears | Interest | Fees | Total |
| 11/01/2023 | 756.00 | | | 756.00 | | | | | | 654.06 |
| 11/01/2023 | | | | 0.00 | | EOM BAL | 645.46 | 8.60 | 0.00 | 654.06 |
| 11/01/2023 | | | | -582.00 | | EOM | +582.00 | +0.31 | | |
| 10/12/2023 | | 174.00 | C | 582.00 | | | | | | 71.75 |
| 10/01/2023 | 756.00 | | | 756.00 | | | | | | 71.75 |
| 10/01/2023 | | | | 0.00 | | EOM BAL | 63.46 | 8.29 | 0.00 | 71.75 |
| 10/01/2023 | | | | | | EOM | | +0.31 | | |
| 09/25/2023 | | 1,224.00 | B | 0.00 | | | -1,050.00 | | | 71.44 |
| 09/06/2023 | | 582.00 | C | 174.00 | | | | | | 1,121.44 |
| 09/01/2023 | 756.00 | | | 756.00 | | | | | | 1,121.44 |
| 09/01/2023 | | | | 0.00 | | EOM BAL | 1,113.46 | 7.98 | 0.00 | 1,121.44 |
| 09/01/2023 | | | | -582.00 | | EOM | +582.00 | +2.65 | | |
| 08/07/2023 | | 174.00 | C | 582.00 | | | | | | 536.79 |

Case 25-11590-KHK    Doc 63    Filed 08/11/26    Entered 08/11/26 13:59:30    Desc Main Document    Page 10 of 12

**VIRGINIA DEPARTMENT OF
SOCIAL SERVICES**

**Division of Child Support Enforcement**
PO BOX 28450
Richmond, VA 23228
http://www.dss.virginia.gov/family/dcse/
1-800-468-8894

## Virginia DCSE Payment Record

August 03, 2026

Case Number:            0005304734

Date Range Selected:   08/03/2023 to 08/03/2026

| Distribution and Transaction Code Definitions | |
|---|---|
| A | Payment applied to Arrears |
| B | Payment applied to both Arrears and Current Support Charge |
| C | Payment applied to Current Support Charge |
| D | As a result of the 2005 Deficit Reduction Act, $35 is sent each federal fiscal year (Oct 1-Sep 30) to the federal government. This amount is deducted, after $550 has been paid, from next payment due to Parent/Custodian Receiving Support. |
| F | Payment applied to Fees |
| I | Payment applied to Interest |
| M | Payment applied to Miscellaneous |
| EOM BAL | Amount owed through the end of the prior month. |
| EOM | Adjustments to the amount owed through the end of the prior month or through the end of the prior Current Support Charge cycle. |
| DFEE | See definition of D above in Distribution column. |
| Subtotal | Amount owed through the last day of the prior month and is also the total amount owed as of the payment record created date. It does not include the Unpaid Current Support Charge balance. |