UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | | |
|---|---|---|
| In re | ) | |
| | ) | |
| David Laurence Long | ) | |
| | ) | No. 25-11590-KHK |
| Debtor. | ) | Chapter 13 |
| | ) | |

## MOTION TO DISMISS CASE

### NOTICE

UNDER LOCAL BANKRUPTCY RULE 1017-2, UNLESS A WRITTEN RESPONSE IN
OPPOSITION TO THIS MOTION IS FILED WITH THE CLERK OF COURT AND SERVED
ON THE DEBTOR(S) WITHIN 7 DAYS FROM THE DATE OF SERVICE OF THIS
MOTION, THE COURT MAY DEEM ANY OPPOSITION WAIVED, TREAT THE MOTION
AS CONCEDED, AND ISSUE AN ORDER GRANTING THE RELIEF REQUESTED
WITHOUT FURTHER NOTICE OR HEARING.

COMES NOW the Debtor, David Laurence Long, by counsel, and moves to voluntarily
dismiss this Chapter 13 case pursuant to 11 U.S.C. § 1307(b) and Bankr. R. 1016, and in support
hereof states as follows:

1.    The Debtor wishes to voluntarily dismiss this Chapter 13 case.

2.    The case has not previously been converted from a Chapter 7 case.

3.    Debtor acknowledges that  the Order Confirming Plan (Dkt. #50) as entered on

December 11, 2025, provided in pertinent part, as follows: .

*(9) This case shall be converted to one under Chapter 7 upon Trustee's
Certification, filed with the Court, of any Plan default of more than 30 days
duration. Upon the filing of a Certification of Default, the Court will enter
an Order of Conversion unless Debtor has, within seven (7) days of its
filing, filed a Motion for Voluntary Dismissal. In the event the Court will
enter an Order of Dismissal with a bar to Debtor's refiling bankruptcy for a
period of one(1) year.*

Daniel M. Press, VSB# 37123
CHUNG & PRESS, P.C.
6718 Whittier Avenue, Suite 200
McLean, Virginia 22101
dpress@chun-press.xom
703-734-3800
Counsel for Debtor

WHEREFORE the Debtor respectfully requests this honorable Court to grant this Motion and dismiss this Chapter 13 case with an appropriate order.

Dated:  August 11, 2026

Respectfully submitted,

   /s/ Daniel M. Press
Daniel M. Press, VSB# 37123
CHUNG & PRESS, P.C.
6718 Whittier Avenue, Suite 200
McLean, Virginia 22101
(703) 734-3800
Counsel for Debtor

## CERTIFICATE OF SERVICE

This is to certify that on this 11th day of August, 2026, I caused the foregoing Motion to be served by CM/ECF on Chapter 13 Trustee, the US Trustee, and all creditors requesting notice.

   /s/ Daniel M. Press
Daniel M. Press

2