**UNITED STATES BANKRUPTCY COURT
FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

| | |
|---|---|
| In the Matter of: | |
| David Laurence Long | Chapter 13 |
| | Case No.  25-11590-KHK |
| Debtor(s) | |

**TRUSTEE'S RESPONSE TO DEBTOR'S MOTION TO DISMISS CASE**

Thomas P. Gorman, Chapter 13 Trustee, responds to Debtor's Motion to Dismiss (Dkt. #64) by stating that he has no opposition to dismissal provided that any Order of Dismissal contain a one (1) year bar to Debtor's filing another Bankruptcy petition.

Date: _August 12, 2026_____                    ___/s/ Thomas P. Gorman_____
                                                 Thomas P. Gorman
                                                 Chapter 13 Trustee
                                                 1414 Prince Street, Suite 202
                                                 Alexandria, VA 22314
                                                 (703) 836-2226
                                                 VSB 26421

**CERTIFICATE OF SERVICE**

I hereby certify that I have this 12th day of August, 2026, served via ECF to authorized users or mailed a true copy of the foregoing Response to Debtor's Motion to Dismiss to the following parties.

Daniel M. Press, Esquire
Attorney for Debtor
Chung & Press, P.C.
6718 Whittier Ave. Ste. 200
Mclean, VA 22101

__/s/ Thomas P. Gorman_____
Thomas P. Gorman