**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
ALEXANDRIA DIVISION

In re                                                )
                                                     )
Ain Uwimana Jendayi Johnson                          )
                                                     )        No. 25−11568−KHK
          Debtor.                                    )        Chapter 13
                                                     )
_____            )

### NOTICE OF CHANGE OF COUNSEL'S ADDRESS

Please take notice that effective August 15, 2026, the undersigned is changing firms.  The

new address is below.

          Dated: August 14, 2026.

                              /s/ Daniel M. Press
                              Daniel M. Press, VSB 37123
                              Law Offices of Daniel M. Press
                              201 Washington St.
                              Cumberland MD 21502
                              (703) 725-7600
                              dan@danpress.us

Daniel M. Press, VSB 37123
Law Offices of Daniel M. Press
201 Washington St.
Cumberland MD 21502
(703) 725-7600
dan@danpress.us
Counsel for Debtor

## <u>CERTIFICATE OF SERVICE</u>

This is to certify that on this 14th day of August, 2026, I caused to be served the foregoing Notice on the U.S. Trustee, Chapter 13 Trustee, and all parties requesting notice by CM/ECF.


    /s/ Daniel M. Press_____
Daniel M. Press