**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
ALEXANDRIA DIVISION

| | | |
|---|---|---|
| In re | ) | |
| | ) | |
| David Laurence Long | ) | |
| | ) | No. 25-11590-KHK |
| Debtor. | ) | Chapter 13 |
| | ) | |

## <u>NOTICE OF CHANGE OF COUNSEL'S  ADDRESS</u>

Please take notice that effective August 15, 2026, the undersigned is changing firms.  The

new address is below.

Dated: August 14, 2026.

 /s/ Daniel M. Press
Daniel M. Press, VSB 37123
Law Offices of Daniel M. Press
201 Washington St.
Cumberland MD 21502
(703) 725-7600
dan@danpress.us

Daniel M. Press, VSB 37123
Law Offices of Daniel M. Press
201 Washington St.
Cumberland MD 21502
(703) 725-7600
dan@danpress.us
Counsel for Debtor

## CERTIFICATE OF SERVICE

This is to certify that on this 14th day of August, 2026, I caused to be served the foregoing Notice on the U.S. Trustee, Chapter 13 Trustee, and all parties requesting notice by CM/ECF.

_/s/ Daniel M. Press_____
Daniel M. Press

2