**UNITED STATES BANKRUPTCY COURT**

**FOR THE**

**EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | |
|---|---|
| In the Matter of:<br><br>DAVID LAURENCE LONG<br><br>Debtor(s) | Chapter 13<br><br>Case No. 25-11590-KHK |

**ORDER OF DISMISSAL WITH PREJUDICE**

THIS MATTER CAME upon Debtor's Motion to Dismiss (Dkt. #64) and Trustee's Response (Dkt. #65) thereto.

IT APPEARING that the Order Confirming Plan (Dkt. #50) entered on December 11, 2025 provided non-standard language reading

> This case shall be converted to one under Chapter 7 upon Trustee's Certification, filed with the Court, of any Plan default of more than 30 days duration. Upon the filing of a Certification of Default, the Court will enter an Order of Conversion unless Debtor has, within seven (7) days of its filing, filed a Motion for Voluntary Dismissal. In that event the Court will enter an Order of Dismissal with a bar to Debtor's refiling bankruptcy for a period of one (1) year.

IT FURTHER APPEARING that, one August 4, 2026, Trustee filed a Certification of Default (Dkt. #62) noting the default pursuant to the terms set out in the Order Confirming Plan; and

Thomas P. Gorman
Chapter 13Trustee
1414 Prince St., Ste. 202
Alexandria, VA 22314
(703) 836-2226
VSB #26421

IT FURTHER APPEARING that, on August 11, 2026, Debtor moved to dismiss this bankruptcy case pursuant to the terms set out in the Order Confirming Plan;

IT FURTHER APPEARING to the Court that adequate cause does exist and that it is in the best interest of the creditors and this estate that this proceeding be dismissed with prejudice, it is

**ORDERED** that this Chapter 13 case of David Laurence Long hereby is and shall stand as DISMISSED, as of the date of entry of this Order, with prejudice to Debtor's filing another bankruptcy petition under Title 11 of the U.S. Code for a period of One (1) year thereafter; and it is further

**ORDERED** that the dismissal of this case revests the property of the estate in the entity in which such property was vested immediately before the commencement of the case.

Aug 21 2026

/s/ Klinette H Kindred

Klinette H. Kindred
U. S. Bankruptcy Judge

Entered On Docket: Aug 24 2026

We Ask For This:

/s/ Thomas P. Gorman
Thomas P. Gorman
Chapter 13 Trustee
1414 Prince St., Ste .202
Alexandria, VA 22314
(703) 836-2226
VSB #26421

/s/ Daniel M. Press
Daniel M. Press
Law Offices Of Daniel M. Press
201 Washington St.
Cumberland, MD 21502
(703) 725-7600
VSB #37123
Counsel for Debtor

Local Rule 9022-1(C) Certification

The foregoing order was signed by and/or served upon all necessary parties pursuant to Local Rule 9022-1(C).

/s/ Thomas P. Gorman
Thomas P. Gorman, Chapter 13 Trustee

**PARTIES TO RECEIVE COPIES**

David Laurence Long
Chapter 13 Debtor
42666 Frontier Dr
Ashburn, VA 20148

Daniel M. Press
Attorney for Debtor
Law Offices Of Daniel M. Press
201 Washington St.
Cumberland, MD 21502

Thomas P. Gorman
Chapter 13 Trustee
1414 Prince St., Ste. 202
Alexandria, VA 22314