**United States Bankruptcy Court**
**Eastern District of Virginia**
Alexandria Division
200 South Washington Street
Alexandria, VA 22314

**Case Number** 25−11590−KHK
**Chapter** 13

**In re:** Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

David Laurence Long
42666 Frontier Dr
Ashburn, VA 20148

Last four digits of Social−Security or Individual Taxpayer−Identification (ITIN) No(s).,(if any):
Debtor: xxx−xx−9028

Employer Tax−Identification (EIN) No(s).(if any):
Debtor: NA

## NOTICE OF DISMISSAL OF CASE

Notice is hereby given that an order was entered on August 24, 2026 dismissing the above−captioned case.

Dated: August 24, 2026

For the Court,

Charri S Stewart, Clerk
United States Bankruptcy Court

[VAN015vDec2009.jsp]

United States Bankruptcy Court

Eastern District of Virginia

In re: Case No. 25-11590-KHK
David Laurence Long Chapter 13
Debtor

# CERTIFICATE OF NOTICE

District/off: 0422-9 User: LaurenLaf Page 1 of 4
Date Rcvd: Aug 24, 2026 Form ID: VAN015 Total Noticed: 43

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 26, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | David Laurence Long, 42666 Frontier Dr, Ashburn, VA 20148-7207 |
| cr | #+ | Brambleton Community Association, c/o Chadwick, Washington, et al., 3201 Jermantown Road, Suite 600, Fairfax, VA 22030 UNITED STATES 22030-2879 |
| 16791624 | + | Brambleton Community Assn, c/o Chadwick Washington, 3201 Jermantown Rd #600, Fairfax, VA 22030-2879 |
| 16791625 | + | Brigitte Long, 10914 Ted Barclay Ln, Bristow, VA 20136-1396 |
| 16861117 | + | County of Loudoun, Virginia, Attn: Tina P. Estevao, Sr Asst County At, 1 Harrison Street, SE, Leesburg, Virginia 20175-3102 |
| 16791630 | + | Loudoun County Treasurer, PO Box 1000, Leesburg, VA 20177-1000 |
| 16791634 | + | NOVEC, PO Box 34734, Alexandria, VA 22334-0734 |
| 16791643 | + | Whitbeck Bennett, 120 Edwards Ferry Rd NE, Leesburg, VA 20176-2340 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: bankruptcy@dss.virginia.gov | Aug 25 2026 02:53:00 | Commonwealth of Virginia, Dept. of Social Services, P.O. Box 71900, Henrico, VA 23255-1900 |
| cr | + | Email/Text: nicole.rodriguez@loudoun.gov | Aug 25 2026 02:52:00 | County of Loudoun, VA, c/o Tina Estevao, PO Box 7000, Leesburg, va 20177-7000, UNITED STATES 20177-7000 |
| cr | + | Email/Text: BKMailings@NBSDefaultServices.com | Aug 25 2026 02:52:00 | DEUTSCHE BANK NATIONAL TRUST COMPANY, 14841 Dallas Parkway, Suite 350, Dallas, TX 75254-7685 |
| cr | + | Email/Text: BKMailings@NBSDefaultServices.com | Aug 25 2026 02:52:00 | Deutsche Bank National Trust Company, 14841 Dallas Parkway, Suite 350, Dallas, TX 75254, UNITED STATES 75254-7685 |
| cr | | Email/Text: BankruptcyECFMail@mccalla.com | Aug 25 2026 02:52:00 | US Bank Trust National Association, not in its ind, c/o McCalla Raymer Leibert Pierce, LLP, Bankruptcy Department, 1544 Old Alabama Road, Roswell, GA 30076 |
| cr | + | Email/Text: mtgbk@shellpointmtg.com | Aug 25 2026 02:52:00 | NewRez LLC d/b/a Shellpoint Mortgage Servicing, PO Box 10826, Greenville, SC 29603-0826, UNITED STATES 29603-0826 |
| 16794065 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Aug 25 2026 02:50:47 | Ally Bank, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 16791622 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Aug 25 2026 02:50:29 | Ally Bank, P.O. Box 9222, Old Bethpage, NY 11804-9222 |
| 16791623 | + | Email/PDF: resurgentbknotifications@resurgent.com | Aug 25 2026 02:50:54 | Ashley Funding, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 16794092 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 25 2026 02:51:12 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |

| | | | | |
|---|---|---|---|---|
| 16791626 | + | EDI: CAPITALONE.COM | Aug 25 2026 06:19:00 | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 16804611 | + | EDI: AIS.COM | Aug 25 2026 06:19:00 | Capital One, N.A., by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 16907298 | + | Email/Text: va_tax_bk@harriscollect.com | Aug 25 2026 02:53:00 | Commonwealth of Virginia Department of Taxation, Department of Taxation, PO BOX 2156, Richmond, VA 23218-2156 |
| 16848987 | | Email/Text: mtgbk@shellpointmtg.com | Aug 25 2026 02:52:00 | Deutsche Bank National Trust Company, c/o NewRez LLC d/b/a Shellpoint Mortgage, PO Box 10826, Greenville, South Carolina 29603-0826 |
| 16791627 | + | EDI: IRS.COM | Aug 25 2026 06:19:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 16791628 | | EDI: JEFFERSONCAP.COM | Aug 25 2026 06:19:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud, MN 56302 |
| 16791629 | | Email/Text: logsecf@logs.com | Aug 25 2026 02:52:00 | LOGS Legal Group LLP, 10130 Perimeter Parkway Ste 400, Charlotte, NC 28216 |
| 16791631 | + | Email/Text: dguntle@loudounwater.org | Aug 25 2026 02:53:00 | Loudoun Water, PO Box 4000, 44865 Loudoun Water Way, Ashburn, VA 20147-6109 |
| 16795869 | | Email/Text: BankruptcyECFMail@mccalla.com | Aug 25 2026 02:52:00 | US Bank Trust National Association, c/o McCalla Raymer Leibert Pierce, LLP, Bankruptcy Department, 1544 Old Alabama Road, Roswell, GA 30076 |
| 16791632 | + | EDI: PARALONMEDCREDT | Aug 25 2026 06:19:00 | Medicredit, PO Box 505600, Saint Louis, MO 63150-5600 |
| 16893302 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Aug 25 2026 02:50:47 | Merrick Bank, PO Box 10368, Greenville, SC 29603-0368 |
| 16791633 | + | Email/Text: bankruptcydpt@mcmcg.com | Aug 25 2026 02:53:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 16798450 | | Email/Text: mtgbk@shellpointmtg.com | Aug 25 2026 02:52:00 | NewRez LLC d/b/a Shellpoint Mortgage Servicing, PO Box 10826,, Greenville, South Carolina 29603-0826 |
| 16853993 | | Email/Text: bkrgeneric@penfed.org | Aug 25 2026 02:51:00 | Pentagon Federal Credit Union, PO Box 1432, Alexandria, VA 22313-2032 |
| 16791635 | + | Email/Text: bkrgeneric@penfed.org | Aug 25 2026 02:51:00 | PenFed Credit Union, Box 1432, Alexandria, VA 22313-1432 |
| 16791636 | + | EDI: AMINFOFP.COM | Aug 25 2026 06:19:00 | Premier Bankcard, LLC, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 16791637 | + | Email/Text: mtgbk@shellpointmtg.com | Aug 25 2026 02:52:00 | Shellpoint Mortgage, PO Box 10826, Greenville, SC 29603-0826 |
| 16794067 | + | Email/PDF: resurgentbknotifications@resurgent.com | Aug 25 2026 02:51:12 | Stone Springs Hospital Center, Resurgent Capital Services, PO Box 1927, Greenville, SC 29602-1927 |
| 16791638 | + | Email/PDF: HCABKNotifications@resurgent.com | Aug 25 2026 02:51:11 | StoneSprings Hospital Center, 24440 Stone Springs Blvd, Sterling, VA 20166-2247 |
| 16852812 | | Email/Text: mtgbk@shellpointmtg.com | Aug 25 2026 02:52:00 | US Bank Trust National Association, et al., NewRez LLC, et al., Bankruptcy Department, PO Box 10826, Greenville SC 29603-0826 |
| 16791639 | + | Email/Text: bankruptcy@dss.virginia.gov | Aug 25 2026 02:53:00 | VA Department of Social Serv, Division of Child Suppt Enf., PO Box 71900, Henrico, VA 23255-1900 |
| 16791640 | + | Email/Text: va_tax_bk@harriscollect.com | Aug 25 2026 02:53:00 | Va Dept of Taxation, PO Box 1115, Richmond, VA 23218-1115 |
| 16791641 | + | EDI: VERIZONCOMB.COM | | |

| | | | |
|---|---|---|---|
| | | Aug 25 2026 06:19:00 | Verizon Wireless, 500 Technology Drive Suite 550, Saint Charles, MO 63304-2225 |
| 16821523 | + Email/Text: Bankruptcy@washgas.com | Aug 25 2026 02:53:00 | Washington Gas, 6801 Industrial Rd 117 B, Springfield, VA 22151-4205 |
| 16791642 | + Email/Text: Bankruptcy@washgas.com | Aug 25 2026 02:53:00 | Washington Gas, 6801 Industrial Rd, Springfield, VA 22151-4205 |

TOTAL: 35

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | NewRez LLC d/b/a Shellpoint Mortgage Servicing as |
| cr | | US Bank Trust National Association, not in its ind |
| cr | * | Merrick Bank, PO Box 10368, Greenville, SC 29603-0368 |

TOTAL: 2 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 26, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 24, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew Todd Rich | on behalf of Creditor Commonwealth of Virginia Dept. of Social Services, Division of Child Support Enforcement trich@oag.state.va.us, bankruptcy@dss.virginia.gov |
| Bradley M. Barna | on behalf of Creditor Brambleton Community Association bbarna@chadwickwashington.com |
| Daniel M. Press | on behalf of Debtor David Laurence Long dan@danpress.us pressdm@gmail.com;danpress@recap.email |
| Elizabeth H. Parrott | on behalf of Creditor US Bank Trust National Association not in its individual capacity, but solely as Delaware trustee for GS Mortgage-Backed Securities Trust 2025-SJ1 Elizabeth.Parrott@mccalla.com, mccallaecf@ecf.courtdrive.com |
| Kim R. Gershen | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing as servicer for Deutsche Bank National Trust Company as Trustee for Morgan Stanley Mortgage Loan Trust 2005-6AR, Mortgage Pass-Through Certificates, Ser kgershen@siwpc.com, dsasser@siwpc.com;bkreferrals@siwpc.com;siwbkecf@siwpc.com;siwpc@ecf.courtdrive.com;siwattecf@siwpc.com |
| Linda Pierre | on behalf of Creditor US Bank Trust National Association not in its individual capacity, but solely as Delaware trustee for GS Mortgage-Backed Securities Trust 2025-SJ1 linda.st.pierre@mccalla.com, mccallaecf@ecf.courtdrive.com |
| Maria A. Tsagaris | on behalf of Creditor US Bank Trust National Association not in its individual capacity, but solely as Delaware trustee for GS Mortgage-Backed Securities Trust 2025-SJ1 maria.tsagaris@mccalla.com, mccallaecf@ecf.courtdrive.com |

| | |
|---|---|
| Matthew W. Cheney | ustpregion04.ax.ecf@usdoj.gov |
| Paul Wilfred Cervenka | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing paul.cervenka@bonialpc.com Notices.Bonial@ecf.courtdrive.com |
| Radostina Petkova Estevao | on behalf of Creditor County of Loudoun VA tina.estevao@loudoun.gov |
| Thomas P. Gorman | ch13alex@gmail.com tgorman26@gmail.com |

TOTAL: 11