**UNITED STATES BANKRUPTCY COURT**

**FOR THE**

**EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | |
|---|---|
| In the Matter of: | |
| DAVID LAURENCE LONG | Chapter 13 |
| | Case No. 25-11590-KHK |
| Debtor(s) | |

**ORDER OF DISMISSAL WITH PREJUDICE**

THIS MATTER CAME upon Debtor's Motion to Dismiss (Dkt. #64) and Trustee's Response (Dkt. #65) thereto.

IT APPEARING that the Order Confirming Plan (Dkt. #50) entered on December 11, 2025 provided non-standard language reading

> This case shall be converted to one under Chapter 7 upon Trustee's Certification, filed with the Court, of any Plan default of more than 30 days duration. Upon the filing of a Certification of Default, the Court will enter an Order of Conversion unless Debtor has, within seven (7) days of its filing, filed a Motion for Voluntary Dismissal. In that event the Court will enter an Order of Dismissal with a bar to Debtor's refiling bankruptcy for a period of one (1) year.

IT FURTHER APPEARING that, one August 4, 2026, Trustee filed a Certification of Default (Dkt. #62) noting the default pursuant to the terms set out in the Order Confirming Plan; and

Thomas P. Gorman
Chapter 13Trustee
1414 Prince St., Ste. 202
Alexandria, VA 22314
(703) 836-2226
VSB #26421

IT FURTHER APPEARING that, on August 11, 2026, Debtor moved to dismiss this bankruptcy case pursuant to the terms set out in the Order Confirming Plan;

IT FURTHER APPEARING to the Court that adequate cause does exist and that it is in the best interest of the creditors and this estate that this proceeding be dismissed with prejudice, it is

**ORDERED** that this Chapter 13 case of David Laurence Long hereby is and shall stand as DISMISSED, as of the date of entry of this Order, with prejudice to Debtor's filing another bankruptcy petition under Title 11 of the U.S. Code for a period of One (1) year thereafter; and it is further

**ORDERED** that the dismissal of this case revests the property of the estate in the entity in which such property was vested immediately before the commencement of the case.

Aug 21 2026

/s/ Klinette H Kindred

Klinette H. Kindred
U. S. Bankruptcy Judge

Entered On Docket: Aug 24 2026

We Ask For This:

/s/ Thomas P. Gorman
Thomas P. Gorman
Chapter 13 Trustee
1414 Prince St., Ste .202
Alexandria, VA 22314
(703) 836-2226
VSB #26421

/s/ Daniel M. Press
Daniel M. Press
Law Offices Of Daniel M. Press
201 Washington St.
Cumberland, MD 21502
(703) 725-7600
VSB #37123
Counsel for Debtor

Local Rule 9022-1(C) Certification

The foregoing order was signed by and/or served upon all necessary parties pursuant to Local Rule 9022-1(C).

/s/ Thomas P. Gorman
Thomas P. Gorman, Chapter 13 Trustee

**PARTIES TO RECEIVE COPIES**

David Laurence Long
Chapter 13 Debtor
42666 Frontier Dr
Ashburn, VA 20148

Daniel M. Press
Attorney for Debtor
Law Offices Of Daniel M. Press
201 Washington St.
Cumberland, MD 21502

Thomas P. Gorman
Chapter 13 Trustee
1414 Prince St., Ste. 202
Alexandria, VA 22314

United States Bankruptcy Court
Eastern District of Virginia

In re: Case No. 25-11590-KHK
David Laurence Long Chapter 13
Debtor

# CERTIFICATE OF NOTICE

District/off: 0422-9 User: LaurenLaf Page 1 of 2
Date Rcvd: Aug 24, 2026 Form ID: pdford6 Total Noticed: 1

The following symbols are used throughout this certificate:

| **Symbol** | **Definition** |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 26, 2026:**

| **Recip ID** | | **Recipient Name and Address** |
|---|---|---|
| db | + | David Laurence Long, 42666 Frontier Dr, Ashburn, VA 20148-7207 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 26, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 24, 2026 at the address(es) listed below:**

| **Name** | **Email Address** |
|---|---|
| Andrew Todd Rich | on behalf of Creditor Commonwealth of Virginia Dept. of Social Services, Division of Child Support Enforcement trich@oag.state.va.us, bankruptcy@dss.virginia.gov |
| Bradley M. Barna | on behalf of Creditor Brambleton Community Association bbarna@chadwickwashington.com |
| Daniel M. Press | on behalf of Debtor David Laurence Long dan@danpress.us pressdm@gmail.com;danpress@recap.email |
| Elizabeth H. Parrott | on behalf of Creditor US Bank Trust National Association not in its individual capacity, but solely as Delaware trustee for GS Mortgage-Backed Securities Trust 2025-SJ1 Elizabeth.Parrott@mccalla.com, mccallaecf@ecf.courtdrive.com |
| Kim R. Gershen | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing as servicer for Deutsche Bank National Trust Company as Trustee for Morgan Stanley Mortgage Loan Trust 2005-6AR, Mortgage Pass-Through Certificates, Ser kgershen@siwpc.com, |

| | |
|---|---|
| | dsasser@siwpc.com;bkreferrals@siwpc.com;siwbkecf@siwpc.com;siwpc@ecf.courtdrive.com;siwattecf@siwpc.com |
| Linda Pierre | on behalf of Creditor US Bank Trust National Association not in its individual capacity, but solely as Delaware trustee for GS Mortgage-Backed Securities Trust 2025-SJ1 linda.st.pierre@mccalla.com, mccallaecf@ecf.courtdrive.com |
| Maria A. Tsagaris | on behalf of Creditor US Bank Trust National Association not in its individual capacity, but solely as Delaware trustee for GS Mortgage-Backed Securities Trust 2025-SJ1 maria.tsagaris@mccalla.com, mccallaecf@ecf.courtdrive.com |
| Matthew W. Cheney | ustpregion04.ax.ecf@usdoj.gov |
| Paul Wilfred Cervenka | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing paul.cervenka@bonialpc.com Notices.Bonial@ecf.courtdrive.com |
| Radostina Petkova Estevao | on behalf of Creditor County of Loudoun VA tina.estevao@loudoun.gov |
| Thomas P. Gorman | ch13alex@gmail.com tgorman26@gmail.com |

TOTAL: 11